

### SEEGER WEISS LLP
ATTORNEYS AT LAW
ONE WILLIAM STREET
NEW YORK, NEW YORK 10004-2502
(212) 584-0700
FAX (212) 584-0799
www.seegerweiss.com

CHRISTOPHER A. SEEGER
STEPHEN A. WEISS
DAVID R. BUCHANAN*+
DIOGENES P. KEKATOS·
ERIC T. CHAFFIN*+
MOSHE HORN*+
JONATHAN SHUB‡

MICHAEL L. ROSENBERG*▵
MARC S. ALBERT*▵
DONALD R. BRADFORD◦▵

ADMITTED IN
*NY, +NJ, ~CA
=MA, ○MI, °OK, ‡PA
▵COUNSEL

RICK BARRECA*+
TERRIANNE BENEDETTO‡+
PATRICIA D. CODEY+
SINDHU S. DANIEL+‡
DONALD A. ECKLUND*+
MICHAEL S. FARKAS*+
SCOTT A. GEORGE‡+
JEFFREY S. GRAND*
ROOPAL P. LUHANA*+
LAURENCE V. NASSIF*+
JAMES A. O'BRIEN III*□
ANDREA M. PI-SUNYER*
MELISSA STEWART-HAYNES*
ELIZABETH A. WALL*+

August 2, 2007



**VIA HAND DELIVERY**

Hon. Sidney H. Stein, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1010
New York, NY 10007

Re: <u>New Mexico United Food and Commercial Workers Union's and Employers' Health and Welfare Trust Fund v. Purdue Pharma, L.P. et al. (07-cv-6916)</u>

Dear Judge Stein:

Respecting the Complaint filed yesterday captioned New Mexico United Food v. Purdue Pharma, L.P., Plaintiff designated the case as "related" to a case before Your Honor, In re OxyContin Antitrust Litig. MDL 1603. Such designation of this case, a RICO and consumer protection case, as "related" was in error. We ask that the case be placed in the random judge pool, as is the practice for cases not designated as "related".

Respectfully,

Christopher A. Seeger

8/6/07
Application granted. This action is to be randomly assigned by the Clerk of Court to an Article III judge.
So ordered.
/s/ Sidney H. Stein
U.S.D.J.