UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW MEXICO UNITED FOOD AND COMMERCIAL WORKERS UNION'S AND EMPLOYERS' HEALTH AND WELFARE TRUST FUND, on behalf of itself and all others similarly situated,<br><br>                              Plaintiff,<br><br>                              v.<br><br>PURDUE PHARMA L.P.,<br>PURDUE PHARMA, INC.,<br>THE PURDUE FREDERICK COMPANY, INC.<br>d/b/a THE PURDUE FREDERICK COMPANY,<br>P.F. LABORATORIES, INC.,<br>ABBOTT LABORATORIES,<br>ABBOTT LABORATORIES, INC.,<br>MICHAEL FRIEDMAN,<br>HOWARD R. UDELL,<br>PAUL D. GOLDENHEIM, JOHN DOE Nos. 1 through 20, and JANE DOE Nos. 1 through 20,<br><br>                              Defendants. | Civil Action No. 07-cv-06916-JGK |

## **PURDUE DEFENDANTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

       Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record hereby submits this Corporate Disclosure Statement providing the information requested in Rule 7.1 for Purdue Pharma L.P. (individually, and as successor in interest to The Purdue Pharma Company), Purdue Pharma Inc., The Purdue Frederick Company Inc. (doing business as The Purdue Frederick Company) and The P.F. Laboratories, Inc. (collectively, "the Purdue defendants").

       1.    Purdue Pharma L.P. is a Delaware limited partnership. Purdue Pharma L.P. does not have a parent corporation. No publicly-held corporation owns 10% or more of the partnership interests of Purdue Pharma L.P.

2. The Purdue Pharma Company was a Delaware general partnership.[1] The Purdue Pharma Company did not have a parent corporation, and no publicly held corporation owned 10% or more of the partnership interests of The Purdue Pharma Company.

3. Purdue Pharma Inc. is a New York corporation. Purdue Pharma Inc. does not have a parent corporation, and no publicly held corporation owns 10% or more of the corporation's stock.

4. The Purdue Frederick Company Inc. is a New York corporation. The Purdue Frederick Company Inc. has one parent corporation, Pharmaceutical Research Associates, Inc. No publicly held corporation owns 10% or more of The Purdue Frederick Company Inc.'s stock or Pharmaceutical Research Associates, Inc.'s stock.

5. The P.F. Laboratories, Inc. is a New Jersey corporation. The P.F. Laboratories, Inc. has one parent corporation, Pharmaceutical Research Associates, Inc. No publicly held corporation owns 10% or more of The P.F. Laboratories, Inc.'s stock or Pharmaceutical Research Associates, Inc.'s stock.

Dated:    October 9, 2007

---

[1] As of September 30, 2004, Purdue Pharma L.P. is the successor-in-interest to The Purdue Pharma Company.

CHADBOURNE & PARKE LLP

By _____
Donald I Strauber
Mary T. Yelenick
Phoebe A. Wilkinson

Attorneys for the Purdue Defendants
30 Rockefeller Plaza
New York, New York 10112
(212) 408-5100

KING & SPALDING
Chilton Davis Varner
Gordon A. Smith
1180 Peachtree Street, NE
Atlanta, GA 30309
Tel: (404) 572-4600

COVINGTON & BURLING
Timothy C. Hester
Patrick S. Davies
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Tel: (202) 662-5274