UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW MEXICO UNITED FOOD AND COMMERCIAL WORKERS UNION'S AND EMPLOYERS' HEALTH AND WELFARE TRUST FUND, on behalf of itself and all others similarly situated,<br><br>　　　　　　　　　　　Plaintiff<br><br>　　v.<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>　　　　　　　　　　　Defendants. | 07-CV-6916 (JGK)<br><br>Electronically Filed |

### ABBOTT LABORATORIES AND ABBOTT LABORATORIES, INC.'S
### RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable the Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for defendants Abbott Laboratories and Abbott Laboratories, Inc., both non-governmental corporate entities, certifies as follows regarding defendants' parents or public corporations which hold more than 10% of their stock:

Abbott Laboratories is a publicly-owned company. Abbott Laboratories does not have a parent company and no publicly-owned company owns 10% or more of Abbott Laboratories' stock.

Abbott Laboratories, Inc. is not a publicly-held corporation. Abbott Laboratories is the parent company of Abbott Laboratories, Inc. and owns 10% or more of Abbott Laboratories, Inc.'s stock.

1

Dated: October 9, 2007
      New York, New York

                                  VENABLE LLP

                                  By: /s/ Michael C. Hartmere
                                       Michael C. Hartmere (MH-6839)

                                  The Chrysler Building
                                  405 Lexington Avenue, 56th Floor
                                  New York, NY 10174
                                  Telephone (212) 307-5500
                                  Facsimile (212) 307-5598

                                  *Attorneys for Defendants Abbott Laboratories*
                                  *and Abbott Laboratories, Inc.*

OF COUNSEL:

Paul F. Strain
M. King Hill, III
VENABLE LLP
1800 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, Maryland 21201
(410) 244-7400 (voice)
(410) 244-7742 (fax)

2