## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

NEW MEXICO UNITED FOOD AND                          :
COMMERCIAL WORKER UNION'S AND                       :
EMPLOYERS' HEALTH AND WELFARE                       :    ECF CASE
TRUST FUND, on behalf of itself and all others      :
similarly situated,                                 :    Civil Action No.: 07-CV-6916 (JGK)
                                                    :
                          Plaintiff,                :    **NOTICE OF MOTION**
                                                    :
            v.                                      :
                                                    :
PURDUE PHARMA L.P., *et al.*,                       :
                                                    :
                          Defendants.               :
                                                    :

    **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, the exhibit attached thereto, and upon all papers and proceedings heretofore had herein, Defendants Abbott Laboratories and Abbott Laboratories, Inc. (together, "Abbott") shall petition this Court on such date to be determined by the Court at 500 Pearl Street, New York, New York, 10007-1312, for an order (i) pursuant to Federal Rule of Civil Procedure 12(b)(1) dismissing with prejudice all of Plaintiff's claims as to Defendant Abbott, and (ii) granting Defendant Abbott such other and further relief as the Court may deem just and proper.

    **PLEASE TAKE FURTHER NOTICE** that answering papers, if any, must be served on the undersigned counsel within ten (10) business days after service of this notice.

    **PLEASE TAKE FURTHER NOTICE** that reply papers, if any, must be served within five (5) business days after service of the answering papers.

Dated: October 9, 2007
        New York, New York

VENABLE LLP

By: _Michael C. Hartmere_
    Michael C. Hartmere (MH-6839)

The Chrysler Building
405 Lexington Avenue, 56th Floor
New York, NY 10174
Telephone (212) 307-5500
Facsimile (212) 307-5598

*Attorneys for Defendants Abbott Laboratories
and Abbott Laboratories, Inc.*

OF COUNSEL:

Paul F. Strain
M. King Hill, III
VENABLE LLP
1800 Mercantile Bank & Trust
Building
2 Hopkins Plaza
Baltimore, Maryland 21201
(410) 244-7400 (voice)
(410) 244-7742 (fax)

TO:

Counsel for Plaintiff:

Christopher Seeger, Esq.
Seeger Weiss LLP
One William Street, 10th Floor
New York, New York 10004

Counsel for Purdue Defendants and Individual Defendants:

Donald Strauber, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112