UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW MEXICO UNITED FOOD AND COMMERCIAL WORKERS UNION'S AND EMPLOYERS' HEALTH AND WELFARE TRUST FUND, on behalf of itself and all others similarly situated,<br><br>        Plaintiff<br><br>   v.<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>        Defendants. | 07-CV-6916 (JGK)<br><br>Electronically Filed |

## ORDER

UPON CONSIDERATION of Abbott Laboratories' and Abbott Laboratories, Inc.'s Motion to Dismiss, and Plaintiff's opposition thereto, it is this \_\_\_\_ day of _____, 2007

ORDERED that Abbott Laboratories' and Abbott Laboratories, Inc.'s Motion to Dismiss be, and same hereby is, GRANTED.

IT IS FURTHER ORDERED that the Complaint be DISMISSED WITH PREJUDICE as to Defendants Abbott Laboratories and Abbott Laboratories, Inc.

                _____
                JOHN G. KOELTL
                United States District Judge

BA2/239848v1