UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW MEXICO UNITED FOOD AND COMMERCIAL WORKERS UNION'S AND EMPLOYERS' HEALTH AND WELFARE TRUST FUND, on behalf of itself and all others similarly situated,<br><br>       Plaintiff,<br><br>      v.<br><br>PURDUE PHARMA L.P.,<br>PURDUE PHARMA, INC.,<br>THE PURDUE FREDERICK COMPANY, INC. d/b/a THE PURDUE FREDERICK COMPANY,<br>P.F. LABORATORIES, INC.,<br>ABBOTT LABORATORIES,<br>ABBOTT LABORATORIES, INC.,<br>MICHAEL FRIEDMAN,<br>HOWARD R. UDELL,<br>PAUL D. GOLDENHEIM, JOHN DOE Nos. 1 through 20, and JANE DOE Nos. 1 through 20,<br><br>       Defendants. | Civil Action No. 07-cv-06916-JGK |

## CERTIFICATE OF SERVICE

  I, Alexandra K. Nellos, hereby certify that I have electronically served the following documents on Michael C. Hartmere, counsel for defendants Abbott Laboratories and Abbott Laboratories Inc., by transmission to the following e-mail address, mchartmere@venable.com:

- Answer of The Purdue Frederick Company Inc. to Class Action Complaint

- Answer of Purdue Pharma L.P. (individually, and as successor in interest to The Purdue Pharma Company) to Class Action Complaint

- Answer of Purdue Pharma Inc. to Class Action Complaint

- Answer of The P.F. Laboratories, Inc. to Class Action Complaint

- Answer of Michael Friedman to Class Action Complaint

- Answer of Howard R. Udell to Class Action Complaint

- Answer of Paul D. Goldenheim to Class Action Complaint
- Answer of Howard R. Udell to Class Action Complaint
- Purdue Defendants' Rule 7.1 Corporate Disclosure Statement

Dated: October 9, 2007

*Alexandra K. Nellos*

Alexandra K. Nellos