**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NEW MEXICO UNITED FOOD AND COMMERCIAL WORKERS UNION'S AND EMPLOYERS' HEALTH AND WELFARE TRUST FUND, on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>PURDUE PHARMA L.P., PURDUE PHARMA, INC., THE PURDUE FREDERICK COMPANY, INC. d/b/a THE PURDUE FREDERICK COMPANY, P.F. LABORATORIES, INC., ABBOTT LABORATORIES, ABBOTT LABORATORIES, INC., MICHAEL FRIEDMAN, HOWARD R. UDELL, PAUL D. GOLDENHEIM, JOHN DOE Nos. 1 through 20, and JANE DOE Nos. 1 through 20,<br><br>        Defendants. | **Civil Action No. 07-cv-6916-JGK**<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS FILED BY DEFENDANTS, ABBOTT LABORATORIES AND ABBOTT LABORATORIES, INC.** |

Defendants, Abbott Laboratories and Abbott Laboratories, Inc. ("Abbott Defendants"), filed a Motion To Dismiss Plaintiff's Complaint on October 9, 2007. Plaintiff's Opposition Brief is due on October 23, 2007. Plaintiff, New Mexico United Food and Commercial Workers Union's and Employers' Health and Welfare Trust Fund respectfully requests, and the Abbott

Defendants do not oppose, an extension until November 19, 2007 for Plaintiff to file its Opposition Brief. There has been no prior request for an extension respecting this Opposition.

        Respectfully Submitted,

        SEEGER WEISS LLP

        By: /s/ Christopher A. Seeger
            Christopher A. Seeger (CS-4880)
            One William Street
            New York, NY 10004
            Telephone: (212) 584-0700
            Facsimile: (212) 584-0799

        *Counsel for Plaintiff and the Class*