UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW MEXICO UNITED FOOD AND COMMERCIAL WORKERS UNION'S AND EMPLOYERS' HEALTH AND WELFARE TRUST FUND, on behalf of itself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PURDUE PHARMA L.P., PURDUE PHARMA, INC., THE PURDUE FREDERICK COMPANY, INC. d/b/a THE PURDUE FREDERICK COMPANY, P.F. LABORATORIES, INC., ABBOTT LABORATORIES, ABBOTT LABORATORIES, INC., MICHAEL FRIEDMAN, HOWARD R. UDELL, PAUL D. GOLDENHEIM, JOHN DOE Nos. 1 through 20, and JANE DOE Nos. 1 through 20,<br><br>　　　　　Defendants. | **Civil Action No. 07-cv-6916-JGK**<br><br><br>**[PROPOSED] ORDER** |

Upon the Motion of Plaintiff, New Mexico United Food and Commercial Workers Union's and Employers' Health and Welfare Trust Fund, there being no opposition from Movants, Abbott Laboratories and Abbott Laboratories, Inc., Plaintiff is hereby GRANTED an extension until November 19, 2007 to file its Opposition Brief to Movants' Motion To Dismiss.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　John G. Koeltl, U.S.D.J.