UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW MEXICO UNITED FOOD AND COMMERCIAL WORKERS UNION'S AND EMPLOYERS' HEALTH AND WELFARE TRUST FUND, on behalf of itself and all others similarly situated,<br><br>   Plaintiff,<br><br>  v.<br><br>PURDUE PHARMA L.P., PURDUE PHARMA, INC., THE PURDUE FREDERICK COMPANY, INC. d/b/a THE PURDUE FREDERICK COMPANY, P.F. LABORATORIES, INC., ABBOTT LABORATORIES, ABBOTT LABORATORIES, INC., MICHAEL FRIEDMAN, HOWARD R. UDELL, PAUL D. GOLDENHEIM, JOHN DOE Nos. 1 through 20, and JANE DOE Nos. 1 through 20,<br><br>   Defendants. | **Civil Action No. 07-cv-6916-JGK** |

## CERTIFICATE OF SERIVICE

I, Christopher A. Seeger, hereby certify that on October 15, 2007, I electronically transmitted a true and correct copy of the foregoing document, Plaintiff's Unopposed Motion for Extension of Time to Responds to Motion to Dismiss Filed by Defendants, Abbott Laboratories and Abbots Laboratories, Inc., to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the all attorneys of record who are ECF registrants:

            /s/ Christopher A. Seeger
            Christopher A. Seeger