**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| NEW MEXICO UNITED FOOD AND COMMERCIAL WORKERS UNION'S AND EMPLOYERS' HEALTH AND WELFARE TRUST FUND, on behalf of itself and all others similarly situated, | : : : : : : | |
| Plaintiff | : : | 07-CV-6916 (JGK) |
| v. | : : : | Electronically Filed |
| PURDUE PHARMA L.P., *et al.*, | : : | **NOTICE OF** |
| Defendants. | : : | **APPEARANCE** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that Matthew T. McLaughlin of Venable LLP, 405

Lexington Avenue, Sixty-First Floor, New York, New York 10174, hereby appears in

this action as counsel of record on behalf of Abbott Laboratories and Abbott

Laboratories, Inc.

I certify that I am admitted to practice in this Court. I was admitted to practice in

the United States District Court, Southern District of New York, on October 17, 1995.

1

Dated: October 16, 2007
New York, New York

Matthew T. McLaughlin (MM-6241)
VENABLE LLP
The Chrysler Building
405 Lexington Avenue, 61st Floor
New York, NY 10174
Telephone (212) 307-5500
Facsimile (212) 307-5598

*Attorneys for Defendants Abbott Laboratories
and Abbott Laboratories, Inc.*