UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW MEXICO UNITED FOOD AND COMMERCIAL WORKERS UNION'S AND EMPLOYERS' HEALTH AND WELFARE TRUST FUND, on behalf of itself and all others similarly situated,<br><br>          Plaintiff<br><br>     v.<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>          Defendants. | 07-CV-6916 (JGK)<br><br>Electronically Filed |

## CERTIFICATE OF SERVICE

I, Michael Hartmere, hereby certify that on the 16th day of October, 2007, I caused a copy of the Notice of Appearance of Matthew T. McLaughlin and the Notice of Appearance of Michael C. Hartmere to be filed electronically with the Clerk of the District Court using the CM/ECF system, which served such filings upon the following:

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: (215) 592-1500
Fax: (215) 592 4663

Christopher A. Seeger
Seeger Weiss LLP
One William Street, 10th Floor
New York, NY 10004
Telephone: (212) 584-0700
Fax: (212) 584-0799

*Attorneys for Plaintiff*

and

Donald I. Strauber
Chadbourne & Parke LLP (NY)
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 408-5205
Fax: (212) 408-5369

*Attorneys for Defendants Purdue
Pharma L.P., The Purdue Frederick
Company Inc., Purdue Pharma Inc.,
The P.F. Laboratories, Inc.,
Michael Friedman, Howard R.
Udell and Paul D. Goldenheim*

                                                                                               _____
                                                                                                 Michael C. Hartmere

Dated: New York, New York
       October 16, 2007