AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

NEW MEXICO UNITED FOOD AND
COMMERCIAL WORKERS UNION'S AND
EMPLOYERS' HEALTH AND WELFARE
TRUST FUND, on behalf of itself
and all others similarly situated,

        Plaintiff,
   v.
PURDUE PHARMA L.P., et al.,

        Defendants.

**APPEARANCE**

Case Number:  07-cv-06916-JGK

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Purdue Pharma L.P.,
Purdue Pharma Inc.,
The Purdue Frederick Company Inc.,
The P.F. Laboratories, Inc.,
Michael Friedman,
Howard R. Udell, and
Paul D. Goldenheim.

I certify that I am admitted to practice in this court.

| 10/16/2007 | *[signature]* |
|---|---|
| Date | Signature |
| | Mary T. Yelenick     MY- 7483 |
| | Print Name     Bar Number |
| | Chadbourne & Parke LLP, 30 Rockefeller Plaza |
| | Address |
| | New York     New York     10112 |
| | City     State     Zip Code |
| | (212) 408-5100     (212) 541-5369 |
| | Phone Number     Fax Number |