UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW MEXICO UNITED FOOD AND COMMERCIAL WORKERS UNION'S AND EMPLOYERS' HEALTH AND WELFARE TRUST FUND, on behalf of itself and all others similarly situated,<br><br>                              Plaintiff<br><br>              v.<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>                              Defendants. | 07-CV-6916 (JGK)<br><br>Electronically Filed<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that Matthew T. McLaughlin of Venable LLP, 405 Lexington Avenue, Sixty-First Floor, New York, New York 10174, hereby appears in this action as counsel of record on behalf of Abbott Laboratories and Abbott Laboratories, Inc.

I certify that I am admitted to practice in this Court. I was admitted to practice in the United States District Court, Southern District of New York, on October 17, 1995.

1

Dated: October 16, 2007
      New York, New York

                                      */s/ Matthew T. McLaughlin*
                                      Matthew T. McLaughlin (MM-6241)
                                      VENABLE LLP
                                      The Chrysler Building
                                      405 Lexington Avenue, 61st Floor
                                      New York, NY 10174
                                      Telephone (212) 307-5500
                                      Facsimile (212) 307-5598

                                      *Attorneys for Defendants Abbott Laboratories*
                                      *and Abbott Laboratories, Inc.*