UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEW MEXICO UNITED FOOD AND
COMMERICAL WORKERS UNION'S AND
EMPLOYERS' HEALTH AND WELFARE TRUST
FUND,

                        Plaintiff,

      - against -

PURDUE ET AL.,

                        DefendantS.

07 Civ. 6916 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The defendant Abbott Laboratories' motion to dismiss is **stayed** until further order of the Court.

A conference is scheduled for **November 29, 2007** at 4:30 p.m.

SO ORDERED.

Dated:    New York, New York
           October 19, 2007

                             John G. Koeltl
                   United States District Judge