**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NEW MEXICO UNITED FOOD AND
COMMERCIAL WORKERS UNION'S AND
EMPLOYERS' HEALTH AND WELFARE TRUST
FUND, on behalf of itself and all others similarly
situated,

                          Plaintiff

                          v.

PURDUE PHARMA L.P., *et al.*,

                         Defendants.

07-CV-6916 (JGK)

Electronically Filed

**MOTION TO ADMIT COUNSEL**
**PRO HAC VICE**

       PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for

the Southern and Eastern Districts of New York, I, Matthew T. McLaughlin, a member in good

standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice

of:

                Mark D. Maneche
                Venable LLP
                PNC Bank Building
                Two Hopkins Plaza
                Suite 1800
                Baltimore, MD 21201
                Telephone: (410) 244-7400
                Fax: (410) 244-7742

       Mark D. Maneche is a member in good standing of the Bar of the State of Maryland.

There are no pending disciplinary proceedings against Mark D. Maneche in any State or Federal

Court.

Dated: November 9, 2007
      New York, New York

Respectfully submitted,

By:

Matthew T. McLaughlin (MM-6241)
VENABLE LLP
The Chrysler Building
405 Lexington Avenue, 62nd Floor
New York, New York 10174
Telephone: (212) 307-5500
Fax: (212) 307-5598

*Attorneys for Defendants Abbott*
*Laboratories and Abbott Laboratories, Inc.*

## CERTIFICATE OF SERVICE

I, Michael C. Hartmere, hereby certify that on November 9, 2007, I caused a true and correct copy of the foregoing **Motion to Admit Counsel Pro Hac Vice**, to be served via United States mail, postage prepaid, on counsel of record to all parties in this case at the following addresses:

Christopher Adam Seeger, Esq.
Seeger Weiss LLP
One William Street, 10th Floor
New York, NY 10004
212-584-0700

Attorneys for *Plaintiff New Mexico United Food and Commercial Workers Union's and Employers' Health and Welfare Trust Fund, on behalf of itself and all others similarly situated*

Alexandra Katherine Nellos, Esq.
Mary Therese Yelenick, Esq.
Donald I. Strauber, Esq.
Phoebe Anne Wilkinson, Esq.
Chadbourne & Parke LLP (NY)
30 Rockefeller Plaza
New York, NY 10112
(212) 408-5100 x1189

Attorneys for *Defendants Purdue Pharma L.P., The Purdue Frederick Company Inc., Purdue Pharma Inc., The P.F. Laboratories, Inc., Michael Friedman, Howard R. Udell and Paul D. Goldenheim*

_____
Michael C. Hartmere

Dated: New York, New York
      November 9, 2007

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NEW MEXICO UNITED FOOD AND COMMERCIAL WORKERS UNION'S AND EMPLOYERS' HEALTH AND WELFARE TRUST FUND, on behalf of itself and all others similarly situated, | :<br>: 07-CV-6916 (JGK)<br>:<br>: Electronically Filed<br>:<br>: |
| Plaintiff | : **AFFIDAVIT OF MATTHEW T.**<br>: **McLAUGHLIN IN SUPPORT OF** |
| v. | : **MOTION TO ADMIT COUNSEL**<br>: **PRO HAC VICE** |
| PURDUE PHARMA L.P., *et al.*, | :<br>: |
| Defendants. | :<br>: |

State of New York    )
                              )    ss:
County of New York    )

Matthew T. McLaughlin, being duly sworn, hereby deposes and says as follows:

1.      I am a partner in Venable LLP, counsel for Defendants Abbott Laboratories and Abbott Laboratories, Inc. ("Abbott") in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Abbott's motion to admit Mark D. Maneche as counsel pro hac vice to represent Abbott in this matter.

2.      I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1995. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.      I have known Mark D. Maneche since 2005.

4.    Mark D. Maneche is of counsel to Venable LLP, in Baltimore, Maryland. His office is located at PNC Bank Building, Two Hopkins Plaza, Suite 1800, Baltimore, MD 21201.

5.    A certificate of good standing for Mark D. Maneche is attached hereto as **Exhibit A**.

6.    I have found Mark D. Maneche to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure as well as the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York.

7.    Accordingly, I am pleased to move for the admission of Mark D. Maneche, pro hac vice.

8.    I respectfully submit a proposed order granting the admission of Mark D. Maneche, pro hac vice, which is attached hereto as **Exhibit B**.


WHEREFORE it is respectfully requested that the motion to admit Mark D. Maneche, pro hac vice, to represent Defendants Abbott Laboratories and Abbott Laboratories, Inc. in the above-captioned matter, be granted.


Dated: November 9, 2007
       New York, New York

Respectfully submitted,

MATTHEW T. McLAUGHLIN (MM-6241)


Sworn to before me this
9th day of November 2007

ADAM C. EWING, JR.
Notary Public, State of New York
No. 02EW6114304
Qualified in Queens County
Commission Expires Aug. 9, 20

2

# Court of Appeals
## of Maryland
### Annapolis, MD



## *CERTIFICATE OF GOOD STANDING*

*STATE OF MARYLAND, ss:*

*I, Alexander L. Cummings, Clerk of the Court of Appeals of Maryland, do hereby certify that on the fourteenth day of December, 1994,*

## Mark Darius Robert Maneche

*having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.*

**In Testimony Whereof,** *I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this twelfth day of October, 2007.*

*Alexander L. Cummings*

*Clerk of the Court of Appeals of Maryland*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW MEXICO UNITED FOOD AND COMMERCIAL WORKERS UNION'S AND EMPLOYERS' HEALTH AND WELFARE TRUST FUND, on behalf of itself and all others similarly situated, | : : : : : : |
| Plaintiff | : : |
| v. | : : : |
| PURDUE PHARMA L.P., *et al.*, | : |
| Defendants. | : : |

07-CV-6916 (JGK)

Electronically Filed

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Matthew T. McLaughlin, attorney for Defendants Abbott Laboratories and

Abbott Laboratories, Inc. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that:

> Mark D. Maneche
> Venable LLP
> PNC Bank Building
> Two Hopkins Plaza
> Suite 1800
> Baltimore, MD 21201
> Telephone: (410) 244-7400
> Fax: (410) 244-7742
> E-mail: mdmaneche@venable.com

is admitted to practice pro hac vice as counsel for Defendants Abbott Laboratories and Abbott

Laboratories, Inc. in the above-captioned case in the United States District Court for the

Southern District of New York. All attorneys appearing before this Court are subject to the

Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is

assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an

ECF password at <u>nysd.uscourts.gov</u>.  Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: _____, 2007
      New York, New York

_____
                U.S.D.J.