**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NEW MEXICO UNITED FOOD AND COMMERCIAL WORKERS UNION'S AND EMPLOYERS' HEALTH AND WELFARE TRUST FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>Defendants. | 07-CV-6916 (JGK)<br><br>Electronically Filed<br><br><br><br><br>**MOTION TO ADMIT COUNSEL**<br>**PRO HAC VICE** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Matthew T. McLaughlin, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

> M. King Hill, III
> Venable LLP
> PNC Bank Building
> Two Hopkins Plaza
> Suite 1800
> Baltimore, MD 21201
> Telephone: (410) 244-7400
> Fax: (410) 244-7742

M. King Hill, III is a member in good standing of the Bars of the State of Maryland and the District of Columbia. There are no pending disciplinary proceedings against M. King Hill, III in any State or Federal Court.

Dated: November 9, 2007
      New York, New York

                                         Respectfully submitted,

By: _____
                                       Matthew T. McLaughlin (MM-6241)
                                       VENABLE LLP
                                       The Chrysler Building
                                     405 Lexington Avenue, 62nd Floor
                                     New York, New York 10174
                                     Telephone: (212) 307-5500
                                     Fax: (212) 307-5598

                                     *Attorneys for Defendants Abbott*
                                     *Laboratories and Abbott Laboratories, Inc.*

**CERTIFICATE OF SERVICE**

  I, Michael C. Hartmere, hereby certify that on November 9, 2007, I caused a true and correct copy of the foregoing **Motion to Admit Counsel Pro Hac Vice**, to be served via United States mail, postage prepaid, on counsel of record to all parties in this case at the following addresses:

Christopher Adam Seeger, Esq.
Seeger Weiss LLP
One William Street, 10th Floor
New York, NY 10004
212-584-0700

Attorneys for *Plaintiff New Mexico United Food and Commercial Workers Union's and Employers' Health and Welfare Trust Fund, on behalf of itself and all others similarly situated*

Alexandra Katherine Nellos, Esq.
Mary Therese Yelenick, Esq.
Donald I. Strauber, Esq.
Phoebe Anne Wilkinson, Esq.
Chadbourne & Parke LLP (NY)
30 Rockefeller Plaza
New York, NY 10112
(212) 408-5100 x1189

Attorneys for *Defendants Purdue Pharma L.P., The Purdue Frederick Company Inc., Purdue Pharma Inc., The P.F. Laboratories, Inc., Michael Friedman, Howard R. Udell and Paul D. Goldenheim*

                */s/ Michael C. Hartmere*
                Michael C. Hartmere

Dated: New York, New York
    November 9, 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW MEXICO UNITED FOOD AND COMMERCIAL WORKERS UNION'S AND EMPLOYERS' HEALTH AND WELFARE TRUST FUND, on behalf of itself and all others similarly situated,<br><br>      Plaintiff<br><br>   v.<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>      Defendants. | 07-CV-6916 (JGK)<br><br>Electronically Filed<br><br>**AFFIDAVIT OF MATTHEW T. McLAUGHLIN IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

State of New York  )
         ) ss:
County of New York )

Matthew T. McLaughlin, being duly sworn, hereby deposes and says as follows:

1. I am a partner in Venable LLP, counsel for Defendants Abbott Laboratories and Abbott Laboratories, Inc. ("Abbott") in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Abbott's motion to admit M. King Hill, III as counsel pro hac vice to represent Abbott in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1995. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known M. King Hill, III since 2005.

4. M. King Hill, III is a partner in Venable LLP, in Baltimore, Maryland. His office is located at PNC Bank Building, Two Hopkins Plaza, Suite 1800, Baltimore, MD 21201.

5. Certificates of good standing for M. King Hill, III are attached hereto as **Exhibit A**.

6. I have found M. King Hill, III to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure as well as the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York.

7. Accordingly, I am pleased to move for the admission of M. King Hill, III, pro hac vice.

8. I respectfully submit a proposed order granting the admission of M. King Hill, III, pro hac vice, which is attached hereto as **Exhibit B**.

WHEREFORE it is respectfully requested that the motion to admit M. King Hill, III, pro hac vice, to represent Defendants Abbott Laboratories and Abbott Laboratories, Inc. in the above-captioned matter, be granted.

Dated: November 9, 2007
New York, New York

Respectfully submitted,

MATTHEW T. McLAUGHLIN (MM-6241)

Sworn to before me this
9th day of November, 2007

Liam D. EWING, JR
..., State of New York
No. 02EW61-4334
... in Queens County
Commission Expires Aug. 9, 2008

2

# EXHIBIT A

Case 1:07-cv-06916-JGK-MHD   Document 47   Filed 11/09/2007   Page 6 of 11

# Court of Appeals of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

    I, Alexander L. Cummings, Clerk of the Court of Appeals of Maryland, do hereby certify that on the tenth day of December, 1981,

### Milton King Hill, III

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

    **In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this twelfth day of October, 2007.

_____
Clerk of the Court of Appeals of Maryland



# District of Columbia Court of Appeals
### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

MILTON K. HILL

was on the 3RD day of MAY, 1999 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on November 6, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW MEXICO UNITED FOOD AND COMMERCIAL WORKERS UNION'S AND EMPLOYERS' HEALTH AND WELFARE TRUST FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>Defendants. | 07-CV-6916 (JGK)<br><br>Electronically Filed<br><br><br><br>**ORDER FOR ADMISSION**<br>**PRO HAC VICE**<br>**ON WRITTEN MOTION** |

Upon the motion of Matthew T. McLaughlin, attorney for Defendants Abbott Laboratories and Abbott Laboratories, Inc. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that:

> M. King Hill, III
> Venable LLP
> PNC Bank Building
> Two Hopkins Plaza
> Suite 1800
> Baltimore, MD 21201
> Telephone: (410) 244-7400
> Fax: (410) 244-7742
> E-mail: mkhill@venable.com

is admitted to practice pro hac vice as counsel for Defendants Abbott Laboratories and Abbott Laboratories, Inc. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an

2

ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: _____, 2007
  New York, New York

_____
U.S.D.J.