UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW MEXICO UNITED FOOD AND COMMERCIAL WORKERS UNION'S AND EMPLOYERS' HEALTH AND WELFARE TRUST FUND, on behalf of itself and all others similarly situated,<br><br>       Plaintiff<br><br>    v.<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>       Defendants. | 07-CV-6916 (JGK)<br><br>Electronically Filed<br><br><br><br>**MOTION TO ADMIT COUNSEL**<br>**<u>PRO HAC VICE</u>** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Matthew T. McLaughlin, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

    Paul F. Strain
    Venable LLP
    PNC Bank Building
    Two Hopkins Plaza
    Suite 1800
    Baltimore, MD 21201
    Telephone: (410) 244-7400
    Fax: (410) 244-7742

Paul F. Strain is a member in good standing of the Bars of the State of Maryland, the State of Connecticut and the District of Columbia. There are no pending disciplinary proceedings against Paul F. Strain in any State or Federal Court.

Dated: November 9, 2007
       New York, New York

                                              Respectfully submitted,

By: _____
      Matthew T. McLaughlin (MM-6241)
      VENABLE LLP
      The Chrysler Building
      405 Lexington Avenue, 62nd Floor
      New York, New York 10174
      Telephone: (212) 307-5500
      Fax: (212) 307-5598

*Attorneys for Defendants Abbott
Laboratories and Abbott Laboratories, Inc.*

## CERTIFICATE OF SERVICE

I, Michael C. Hartmere, hereby certify that on November 9, 2007, I caused a true and correct copy of the foregoing **Motion to Admit Counsel Pro Hac Vice**, to be served via United States mail, postage prepaid, on counsel of record to all parties in this case at the following addresses:

Christopher Adam Seeger, Esq.
Seeger Weiss LLP
One William Street, 10th Floor
New York, NY 10004
212-584-0700

Attorneys for *Plaintiff New Mexico United Food and Commercial Workers Union's and Employers' Health and Welfare Trust Fund, on behalf of itself and all others similarly situated*

Alexandra Katherine Nellos, Esq.
Mary Therese Yelenick, Esq.
Donald I. Strauber, Esq.
Phoebe Anne Wilkinson, Esq.
Chadbourne & Parke LLP (NY)
30 Rockefeller Plaza
New York, NY 10112
(212) 408-5100 x1189

Attorneys for *Defendants Purdue Pharma L.P., The Purdue Frederick Company Inc., Purdue Pharma Inc., The P.F. Laboratories, Inc., Michael Friedman, Howard R. Udell and Paul D. Goldenheim*

_____
Michael C. Hartmere

Dated: New York, New York
     November 9, 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW MEXICO UNITED FOOD AND COMMERCIAL WORKERS UNION'S AND EMPLOYERS' HEALTH AND WELFARE TRUST FUND, on behalf of itself and all others similarly situated,<br><br>　　　　　　　Plaintiff<br><br>　　v.<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>　　　　　　　Defendants. | 07-CV-6916 (JGK)<br><br>Electronically Filed<br><br>**AFFIDAVIT OF MATTHEW T. McLAUGHLIN IN SUPPORT OF MOTION TO ADMIT COUNSEL <u>PRO HAC VICE</u>** |

State of New York　　)
　　　　　　　　　　) ss:
County of New York　)

Matthew T. McLaughlin, being duly sworn, hereby deposes and says as follows:

1. I am partner in Venable LLP, counsel for Defendants Abbott Laboratories and Abbott Laboratories, Inc. ("Abbott") in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Abbott's motion to admit Paul F. Strain as counsel pro hac vice to represent Abbott in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1995. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Paul F. Strain since 2005.

4. Paul F. Strain is a partner in Venable LLP, in Baltimore, Maryland. His office is located at PNC Bank Building, Two Hopkins Plaza, Suite 1800, Baltimore, MD 21201.

5. Certificates of good standing for Paul F. Strain are attached hereto as **Exhibit A**.

6. I have found Paul F. Strain to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure as well as the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York.

7. Accordingly, I am pleased to move for the admission of Paul F. Strain, pro hac vice.

8. I respectfully submit a proposed order granting the admission of Paul F. Strain, pro hac vice, which is attached hereto as **Exhibit B**.

WHEREFORE it is respectfully requested that the motion to admit Paul F. Strain, pro hac vice, to represent Defendants Abbott Laboratories and Abbott Laboratories, Inc. in the above-captioned matter, be granted.

Dated: November 9, 2007
   New York, New York

Respectfully submitted,

MATTHEW T. McLAUGHLIN (MM-6241)

Sworn to before me this
9th day of November, 2007

LIAM C. EWING, JR.
Notary Public, State of New York
No. 02EW6114503
Qualified in Queens County
Commission Expires Aug. 9, 2008

2

# EXHIBIT A

# Court of Appeals of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

    I, Alexander L. Cummings, Clerk of the Court of Appeals of Maryland, do hereby certify that on the eighteenth day of December, 1973,

### Paul Farrell Strain

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

    **In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this twelfth day of October, 2007.

*Alexander L. Cummings*
Clerk of the Court of Appeals of Maryland



# State of Connecticut
## Supreme Court

I, **Michéle T. Angers**, Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,

Do hereby certify that, in the Superior Court at **New Haven**, on the **twelfth** day of **September**, **1972**.

**Paul Farrell Strain**

of

**Clarksville, Maryland**

having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all the courts of this state, and that said attorney is a member in good standing of the Bar of this State pursuant to Practice Book §2-65.

In Testimony Whereof, I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this **second** day of **November**, 20 **07**.

*Michéle T. Angers*

Michéle T. Angers

*Chief Clerk*





# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

### PAUL F. STRAIN

was on the  24TH  day of  SEPTEMBER, 1986  duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on November 6, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

# EXHIBIT B

ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: _____, 2007
      New York, New York

                                                     _____
                                                              U.S.D.J.

Case 1:07-cv-06916-JGK-MHD   Document 48   Filed 11/09/2007   Page 11 of 11