UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICAL[LY FILED]
DOC #: _____
DATE FILED: 11/29/2007

NEW MEXICO UNITED FOOD AND
COMMERCIAL WORKERS UNION'S AND
EMPLOYERS' HEALTH AND WELFARE TRUST
FUND, on behalf of itself and all others similarly
situated,

          Plaintiff

v.

PURDUE PHARMA L.P., *et al.*,

          Defendants.

07-CV-6916 (JGK)

Electronically Filed

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Matthew T. McLaughlin, attorney for Defendants Abbott Laboratories and Abbott Laboratories, Inc. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that:

        Mark D. Maneche
        Venable LLP
        PNC Bank Building
        Two Hopkins Plaza
        Suite 1800
        Baltimore, MD 21201
        Telephone: (410) 244-7400
        Fax: (410) 244-7742
        E-mail: mdmaneche@venable.com

is admitted to practice pro hac vice as counsel for Defendants Abbott Laboratories and Abbott Laboratories, Inc. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an

2

ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: 11/29, 2007
New York, New York

_____
U.S.D.J.