☜₰AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                    **DISTRICT OF**                    NEW YORK

| | |
|---|---|
| NEW MEXICO UNITED FOOD AND COMMERCIAL WORKERS UNION'S AND EMPLOYERS' HEALTH AND WELFARE TRUST FUND, on behalf of itself and all others similarly situated, | **APPEARANCE** |
| Plaintiff, v. | Case Number:  07-cv-06916-JGK |
| PURDUE PHARMA L.P., et al., | |
| Defendants. | |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Purdue Pharma L.P.,
Purdue Pharma Inc.,
The Purdue Frederick Company Inc.,
The P.F. Laboratories, Inc.
Michael Friedman,
Howard Udell, and
Paul D. Goldenheim.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 1/7/2008 | *[signature]* Gretchen N. Werwaiss |
| Date | Signature |
| | Gretchen N. Werwaiss          GW-6280 |
| | Print Name                    Bar Number |
| | Chadbourne & Parke LLP, 30 Rockefeller Plaza |
| | Address |
| | New York          NY          10112 |
| | City          State          Zip Code |
| | (212) 408-5100          (212) 541-5369 |
| | Phone Number          Fax Number |