UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW MEXICO UNITED FOOD AND COMMERCIAL WORKERS UNION'S AND EMPLOYERS' HEALTH AND WELFARE TRUST FUND, on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>PURDUE PHARMA L.P., et al.,<br><br>        Defendants. | **Civil Action No. 07-cv-6916-JGK** |

## NOTICE OF MOTION FOR JUDGMENT ON THE PLEADINGS

PLEASE TAKE NOTICE that, upon the annexed declaration of Donald I Strauber, dated January 7, 2008, and the exhibit thereto, the Individual Defendants' Memorandum of Law in Support of Their Motion for Judgment on the Pleadings, and upon all the prior pleadings and proceedings had herein, the Individual Defendants will move this Court before the Honorable John G. Koeltl, U.S.D.J., at the United States Courthouse located at 500 Pearl Street, New York, New York, for an order, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, granting the Individual Defendants' Motion for Judgment on the Pleadings in its entirety.

Dated:     New York, New York,
            January 7, 2008

                                          s/Donald I Strauber

                                          Donald I Strauber
                                          Mary T. Yelenick
                                          Phoebe A. Wilkinson
                                          Gretchen N. Werwaiss
                                          Chadbourne & Parke LLP
                                          30 Rockefeller Plaza
                                          New York, NY 10112
                                          Telephone: (212) 408-5100
                                          Facsimile: (212) 541-5369
                                          dstrauber@chadbourne.com

*COUNSEL FOR*
*THE PURDUE DEFENDANTS*

Chilton D. Varner
Stephen B. Devereaux
King & Spalding LLP
1180 Peachtree Street, NE
Atlanta, GA  30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

Patrick S. Davies
Joshua D. Greenberg
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Tel: 202.662.6000
Fax: 202.662.6291

*OF COUNSEL FOR*
*THE PURDUE DEFENDANTS*