UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW MEXICO UNITED FOOD AND COMMERCIAL WORKERS UNION'S AND EMPLOYERS' HEALTH AND WELFARE TRUST FUND, on behalf of itself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PURDUE PHARMA L.P., et al.,<br><br>　　　　　　Defendants. | **Civil Action No. 07-cv-6916-JGK** |

DONALD I STRAUBER, hereby declares as follows:

1. I am a member of the law firm of Chadbourne & Parke LLP, counsel to defendants Michael Friedman, Howard Udell and Paul Goldenheim (the "Individual Defendants"). I make this declaration in support of the Individual Defendants' Motion for Judgment on the Pleadings.

2. Attached hereto as Exhibit A is a true and correct copy of the Agreed Statement of Facts entered into in *U.S. v. The Purdue Frederick Company, Inc., et al.*, (W.D.Va.), dated May 2007.

Executed on:   January 7, 2008

　　　　　　　　　　　　　　　　/s Donald I Strauber
　　　　　　　　　　　　　　　　Donald I Strauber