UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW MEXICO UNITED FOOD AND COMMERCIAL WORKERS UNION'S AND EMPLOYERS' HEALTH AND WELFARE TRUST FUND, on behalf of itself and all others similarly situated,<br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>PURDUE PHARMA L.P., et al.,<br><br>　　　　　　Defendants. | **Civil Action No. 07-cv-6916-JGK** |

## NOTICE OF MOTION FOR JUDGMENT ON THE PLEADINGS

PLEASE TAKE NOTICE that, upon the annexed declaration of Paulette Peterson, dated January 7, 2008, and the exhibits thereto, the Memorandum of Law in Support of Defendants' Motion for Judgment on the Pleadings, and upon all the prior pleadings and proceedings had herein, Defendants will move this Court before the Honorable John G. Koeltl, U.S.D.J., at the United States Courthouse located at 500 Pearl Street, New York, New York, for an order, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, granting Defendants' Motion for Judgment on the Pleadings in its entirety.

Dated:　　　New York, New York,
　　　　　　January 7, 2008

　　　　　　　　　　　　　　　　　　　　s/Donald I Strauber

　　　　　　　　　　　　　　　　　　　　Donald I Strauber
　　　　　　　　　　　　　　　　　　　　Mary T. Yelenick
　　　　　　　　　　　　　　　　　　　　Phoebe A. Wilkinson
　　　　　　　　　　　　　　　　　　　　Gretchen N. Werwaiss
　　　　　　　　　　　　　　　　　　　　Chadbourne & Parke LLP
　　　　　　　　　　　　　　　　　　　　30 Rockefeller Plaza
　　　　　　　　　　　　　　　　　　　　New York, NY  10112
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 408-5100
　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 541-5369
　　　　　　　　　　　　　　　　　　　　dstrauber@chadbourne.com

*COUNSEL FOR*
*THE PURDUE DEFENDANTS*

Chilton D. Varner
Stephen B. Devereaux
King & Spalding LLP
1180 Peachtree Street, NE
Atlanta, GA 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

Patrick S. Davies
Joshua D. Greenberg
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Tel: 202.662.6000
Fax: 202.662.6291

*OF COUNSEL FOR*
*THE PURDUE DEFENDANTS*