# CHADBOURNE & PARKE LLP

30 Rockefeller Plaza, New York, NY 10112
tel (212) 408-5100  fax (212) 541-5369

Direct tel (212) 408-5493
myclerk@chadbourne.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/8/2008



RECEIVED
DEC 27 2007
CHAMBERS OF
JUDGE JOHN G. KOELTL

December 24, 2007

Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1030
New York, NY 10007

**VIA FACSIMILE: (212) 805-7912**

APPLICATION GRANTED
SO ORDERED

1/3/08    John G. Koeltl, U.S.D.J.

Re: Request for Permission to File Memoranda of Law in Excess of 25 Pages;

*New Mexico United Food and Commercial Workers Union's and Employers' Health and Welfare Trust Fund v. Purdue Pharma,*
Civil Action No. 07-cv-6916-JGK

*American Federation of State, County and Municipal Employees, District Council 47 Health and Welfare Fund et al. v. Purdue Pharma,*
Civil Action No. 07-cv-8761-JGK

Dear Judge Koeltl:

Defendants Purdue Pharma L.P., Purdue Pharma, Inc., The P.F. Laboratories, Inc. and The Purdue Frederick Company Inc. ("Purdue") respectfully request permission to exceed the 25 page limit applicable under the Court's Individual Practices with respect to the briefs that Purdue intends to file in support of its Rule 12(c) motions for judgment on the pleadings, which are due in the above-referenced matters on January 7, 2008. (Case Management Order (12/14/07) [Doc. 59].) Additional pages are necessary for the following reasons.

Both Complaints are quite broad in scope, complex in nature, set forth multiple theories of recovery, and involve the alleged conduct of several parties over a long period of time. Consisting of 45 pages and 171 paragraphs, the Class Action Complaint filed by the *New Mexico United Food and Commercial Workers Union's and Employers' Health and Welfare Fund*, for example, sets forth wide-ranging allegations of racketeering and conspiracy in violation of federal law. Plaintiffs also purport to plead consumer protection and unjust enrichment claims.

Similarly, comprising 23 pages and 72 paragraphs, the Class Action Complaint filed by the *American Federation of State, County and Municipal Employees, District Council 47 Health and Welfare Fund* alleges violation of the Pennsylvania consumer fraud statute, unjust enrichment, breach of implied warranty, negligence, and misrepresentation in violation of the Restatement (Second) of Torts § 402(B).

New York  Washington  Los Angeles  Houston  London (a multinational partnership)  Moscow  Warsaw (a Polish partnership)  Kyiv  Almaty  Beijing

CHADBOURNE
& PARKE LLP

Honorable John G. Koeltl          -2-          December 24, 2007

    Additionally, because these cases involve third-party payor claims against the manufacturer of an FDA-approved prescription drug, they raise complex issues of standing, federalism, statutory interpretation, and state and federal public policy.

    For all of these reasons, Purdue respectfully requests that the Court enter an order allowing Purdue to <u>exceed the Court's 25-page limit</u> <u>by up to 10 (ten) pages in the *New Mexico Fund*</u> matter (for total of 35 pages) and by up to 5 (five) pages in the *American Federation Fund* matter (for a total of 30 pages). Although the two cases raise distinct issues of state and federal law, Purdue will endeavor to avoid repetition whenever an argument in one of the cases applies equally to the other. The individual defendants will also be filing a brief in the *New Mexico Fund* matter, which will be short and non-repetitive.

    I have consulted with counsel for the Plaintiffs in both cases; they have authorized me to say that they do not object to this request.

    Finally, <u>Plaintiffs have requested that we also include in this letter a request for a corresponding page extension for Plaintiffs' responsive briefing on these Rule 12(c) motions</u>. Purdue has no objection to such an extension.

Respectfully submitted,

Mary T. Yelenick

cc: *Counsel for Plaintiffs and the Class*
    Christopher A. Seeger          VIA FACSIMILE: (212) 584-0799
    David R. Buchanan          (and also via e-mail to D. Buchanan)
    Seeger Weiss, LLP
    One William Street
    New York, NY 10004

    Jonathan Shub          VIA FACSIMILE: (215) 851-8029
    TerriAnne Benedetto
    Seeger Weiss, LLP
    1515 Market Street
    Suite 1360
    Philadelphia, PA 19106

**CHADBOURNE**
**& PARKE LLP**

Honorable John G. Koeltl      -3-      December 24, 2007

| | |
|---|---|
| James R. Dugan, II<br>Douglas R. Plymale<br>Stephen B. Murray, Jr.<br>Stephen B. Murray, Sr.<br>Murray Law Firm<br>650 Poydras Street<br>Suite 2150<br>New Orleans, LA 70130 | VIA FACSIMILE: (504) 648-0181<br>(and also via e-mail to J. Dugan) |
| Arnold Levin<br>Fred Longer<br>Charles Schaffer<br>Levin, Fishbein, Sedran & Berman<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106 | VIA FACSIMILE: (215) 592-4663 |
| Arthur Sadin<br>Sadin Law Firm<br>121 Magnolia<br>Suite 102<br>Friendswood, TX 77546 | VIA FACSIMILE: (281) 648-7799 |
| Shane Youtz<br>Youtz & Valdez, P.C.<br>420 Central Avenue, SW<br>Albuquerque, NM 87102 | VIA FACSIMILE: (505) 244-9700 |
| Stewart L. Cohen<br>Cohen Placitella & Roth<br>Two Commerce Square<br>Suite 2900<br>2001 Market St.<br>Philadelphia, PA 19103 | VIA FACSIMILE: (215) 567-6019 |
| Steven A. Schwartz<br>Chimicles & Tikellis, LLP<br>361 W. Lancaster Avenue<br>Haverford, PA 19041 | VIA FACSIMILE: (610) 649-3633 |

CHADBOURNE
& PARKE LLP

Honorable John G. Koeltl     -4-     December 24, 2007

cc: *Counsel for the Abbott Defendants.*

    M. King Hill, III             VIA FACSIMILE: (410) 244-7742
    Venable LLP
    PNC Bank Building
    Two Hopkins Plaza
    Suite 1800
    Baltimore, MD 21201