# EXHIBIT "B"

IN THE CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

FILED
DEC 22 2006
CLERK OF CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

ALLIED SERVICES DIVISION WELFARE FUND, )
on behalf of itself and others similarly situated, )
)
Plaintiff, )
)
v. )
) No. 01-L-1458
PURDUE PHARMA, L.P., PURDUE PHARMA, INC., )
PURDUE FREDERICK COMPANY, ABBOTT )
LABORATORIES, and ABBOTT LABORATORIES, )
INC., )
)
Defendants. )

## ORDER DISMISSING WITH PREJUDICE

This matter comes before the Court on a Joint Motion for an Order Dismissing with Prejudice, the Court being fully advised in the premises,

IT IS HEREBY ORDERED;

1. This action is dismissed with prejudice against PURDUE PHARMA L.P., PURDUE PHARMA, INC., THE PURDUE FREDERICK COMPANY, ABBOTT LABORATORIES, ABBOTT LABORATORIES, INC., and any and all other Defendants, all parties to bear their own costs.

2. Because this matter is procedurally at a very early stage, no class has been certified, no putative class member has been notified of this matter, and this dismissal is of the claims of Allied Services Division Welfare Fund individually and only, the Court finds that notice to the putative class is not warranted under 735 ILCS 5/2-806.

Date: DEC 22 2006                    Enter: _____
                                             Judge

IN THE CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

FILED
DEC 22 2006
CLERK OF CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

ALLIED SERVICES DIVISION WELFARE FUND, )
on behalf of itself and others similarly situated, )
)
Plaintiff, )
)
v. )
) No. 01-L-1458
PURDUE PHARMA, L.P., PURDUE PHARMA, INC., )
PURDUE FREDERICK COMPANY, ABBOTT )
LABORATORIES, and ABBOTT LABORATORIES, )
INC., )
)
Defendants. )

## JOINT MOTION FOR AN ORDER DISMISSING WITH PREJUDICE

NOW COME the Plaintiff, Allied Services Division Welfare Fund, by its attorneys, SimmonsCooper LLC, and the Defendants, Purdue Pharma L.P., Purdue Pharma, Inc., and The Purdue Frederick Company ("Purdue"), by their attorneys, Hepler, Broom, MacDonald, Hebrank, True & Noce, LLP, and move jointly for an Order that the above and foregoing cause of action be dismissed with prejudice, in bar of action, against all Defendants, each party to bear its own attorneys' fees and costs, cause of action satisfied against all Defendants.

This matter has been pending since September 2001 but procedurally is still at a very early stage. No class has been certified and no putative class member has been notified of this matter. Further, this dismissal is of the claims of Allied Services Division Welfare Fund individually and not of the claims of any putative class member. Therefore notice to the putative class is not warranted under 735 ILCS 5/2-806.

ALLIED SERVICES DIVISION
WELFARE FUND,

BY: _____
Tor Hoerman
Kenneth J. Brennan
SimmonsCooper LLC
707 Berkshire Blvd.
East Alton, IL 62024


PURDUE PHARMA, L.P., PURDUE PHARMA, INC., PURDUE FREDERICK COMPANY.

BY: _____
Larry E. Hepler, Esq. - #01195603
Troy A. Bozarth, Esq. - #06236748
Hepler, Broom, MacDonald, Hebrank, True & Noce, LLP
103 W. Vandalia, Suite 300
Edwardsville, IL 62025

## CERTIFICATE OF SERVICE

I hereby certify that true and accurate copy of the foregoing document was mailed by first class mail, postage prepaid, this 22 day of December, 2006 to the following counsel of record:

Thomas M. Sobol
David S. Nalven
Hagens Berman Sobol Shapiro
One main Street
4th Floor
Cambridge, MA 02142
Attorneys for Plaintiff

Art Sadin
Phyllis A. Rogers
Sadin Law Firm, P.C.
1104 S. Friendswood Drive
Ste. A
Friendswood, TX 77546
Attorneys for Plaintiff

Ted Gianaris
Tor Hoerman
Kenneth J. Brennan
SimmonsCooper LLC
707 Berkshire Blvd.
East Alton, IL 62024
Attorneys for Plaintiff

Robert Shultz
Heyl, Royster, Voelker & Allen, P.C.
103 W. Vandalia St., Ste. 100
Edwardsville, IL 62025

Kathleen F. Sullivan
Venable, Baetjer and Howard, LLP
Two Hopkins Place, Suite 1800
Baltimore, MD 21201-2978

James R. Duggan, II
Duggan & Browne
1181 West Tunnel Blvd
Suite A
Houma, LA 70360