## CERTIFICATE OF SERVICE

I, TerriAnne Benedetto hereby certify that on February 1, 2008, I caused a true and correct copy of the foregoing document, Plaintiff's Memorandum in Opposition to Abbott's Motion to Dismiss and Exhibit A attached thereto to be served via ECF and email, as per agreement of counsel, on the following defense counsel of record:

Donald I. Strauber, Esq.
Phoebe Anne Wilkinson, Esq.
Mary Therese Yelenick, Esq.
Gretchen N. Werwaiss, Esq.
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY 10112
T. (212) 408-5100
F. (646) 710-1189
*Counsel for defendants P.F. Laboratories, Inc., Purdue Pharma, Inc., Purdue Pharma, L.P., The Purdue Fredrick Company, Inc., Howard R. Udell, Michael Friedman, Paul D. Goldenheim*

Chilton Davis Varner, Esq.
Robert K. Woo, Jr., Esq.
Stephen Devereaux, Esq.
Dan Willoughby, Esq.
KING & SPALDING
1180 Peachtree Street
Atlanta, GA  30309
T. (404) 572-4600
F:  (404) 572-5100
*Counsel for defendants P.F. Laboratories, Inc., Purdue Pharma, Inc., Purdue Pharma, L.P., The Purdue Fredrick Company, Inc., Howard R. Udell, Michael Friedman, Paul D. Goldenheim*

Patrick S. Davies, Esq.
Joshua D. Greenberg, Esq.
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC   20004-2401
T: (202) 662-6000
F:  (202) 662-6291
*Of Counsel for defendants P.F. Laboratories, Inc., Purdue Pharma, Inc., Purdue Pharma, L.P., The Purdue Fredrick Company, Inc., Howard R. Udell, Michael Friedman, Paul D. Goldenheim*

Michael Colbert Hartmere, Esq.
Matthew Terrence McLaughlin, Esq.
VENABLE LLP
405 Lexington Ave, 62nd Floor
New York, NY 10174
T. (212)-307-5500
F. (212)-307-5598 (fax)
***Counsel for defendants Abbott Laboratories, Abbott Laboratories, Inc.***

Paul F. Strain, Esq.
M. King Hill, Esq.
Mark D. Maneche, Esq.
VENABLE LLP
1800 PNC Bank Building
2 Hopkins Plaza
Baltimore, MD   21201
T:  (410) 244-7400
F: (410) 244-7472
***Counsel for defendants Abbott Laboratories, Abbott Laboratories, Inc.***

TerriAnne Benedetto