## CERTIFICATE OF SERVICE

I, TerriAnne Benedetto, hereby certify that on February 1, 2008, I caused a true and correct copy of the foregoing document, Plaintiff's Memorandum in Opposition to Individual Defendants' Motion for Judgment on the Pleadings to be served via ECF and email, as per agreement of counsel, on the following defense counsel of record:

Donald I. Strauber, Esq.
Phoebe Anne Wilkinson, Esq.
Mary Therese Yelenick, Esq.
Gretchen N. Werwaiss, Esq.
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY 10112
T. (212) 408-5100
F. (646) 710-1189
*Counsel for defendants P.F. Laboratories, Inc., Purdue Pharma, Inc., Purdue Pharma, L.P., The Purdue Fredrick Company, Inc., Howard R. Udell, Michael Friedman, Paul D. Goldenheim*

Chilton Davis Varner, Esq.
Robert K. Woo, Jr., Esq.
Stephen Devereaux, Esq.
Dan Willoughby, Esq.
KING & SPALDING
1180 Peachtree Street
Atlanta, GA 30309
T. (404) 572-4600
F: (404) 572-5100
*Counsel for defendants P.F. Laboratories, Inc., Purdue Pharma, Inc., Purdue Pharma, L.P., The Purdue Fredrick Company, Inc., Howard R. Udell, Michael Friedman, Paul D. Goldenheim*

M Patrick S. Davies, Esq.
Joshua D. Greenberg, Esq.
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
T: (202) 662-6000
F: (202) 662-6291
*Of Counsel for defendants P.F. Laboratories, Inc., Purdue Pharma, Inc., Purdue Pharma, L.P., The Purdue Fredrick Company, Inc., Howard R. Udell, Michael Friedman, Paul D. Goldenheim*

Michael Colbert Hartmere, Esq.
Matthew Terrence McLaughlin, Esq.
VENABLE LLP
405 Lexington Ave, 62nd Floor
New York, NY 10174
T. (212)-307-5500
F. (212)-307-5598 (fax)
***Counsel for defendants Abbott Laboratories, Abbott Laboratories, Inc.***

Paul F. Strain, Esq.
M. King Hill, Esq.
Mark D. Maneche, Esq.
VENABLE LLP
1800 PNC Bank Building
2 Hopkins Plaza
Baltimore, MD   21201
T:  (410) 244-7400
F: (410) 244-7472
***Counsel for defendants Abbott Laboratories, Abbott Laboratories, Inc.***


_____
TerriAnne Benedetto

2