IN THE CIRCUIT COURT OF MCDOWELL COUNTY, WEST VIRGINIA

STATE OF WEST VIRGINIA ex rel.
DARRELL V. McGRAW, JR., ATTORNEY
GENERAL, et al,
        Plaintiffs

V.                                                CIVIL ACTION NUMBER: 01-C-137-S

PURDUE PHARMA L.P., et al,
        Defendants

## ORDER

On November 5, 2004, the Plaintiffs and Purdue Pharma reached a settlement agreement in this case. Almost contemporaneously the Court received and entered Orders denying certain Purdue Pharma's motions for summary judgment, motion to dismiss, and an Order denying Abbott's motion for summary judgment. The aforementioned Orders were filed on November 5, 2004, and clocked into the Clerk's office on November 8, 2004.

In light of the settlement reached between the Plaintiffs and Purdue Pharma these Orders were inadvertently and mistakenly entered by the Court. Therefore, based on the foregoing, the Court on its own motion hereby rescinds the filing and entrance of these Orders and further Orders that these Orders be removed from the Court file.

The Clerk is directed to forward a copy of this Order to all counsel fo record.

Enter: November 16, 2004

                                                      _____
                                                      Booker T. Stephens, Judge

A TRUE COPY TESTE
MICHAEL D. BROOKS, CLERK
BY _____ DEPUTY CLERK

PLD566060

**EXHIBIT 1**