**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NEW MEXICO UNITED FOOD AND COMMERCIAL WORKERS UNION'S AND EMPLOYERS' HEALTH AND WELFARE TRUST FUND, on behalf of itself and all others similarly situated, | : |
| Plaintiff, | : 07-CV-6916 (JGK) |
| v. | : |
| | : Electronically Filed |
| PURDUE PHARMA L.P., *et al.*, | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I, Michael Hartmere, hereby certify that on the 19th day of February, 2008, I

caused a true and correct copy of the Memorandum in Support of Abbott Laboratories'

and Abbott Laboratories, Inc.'s Motion to Dismiss and Exhibit 1 to be served through the

CM/ECF system, and by email, upon the following:

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: (215) 592-1500
Fax: (215) 592 4663

Christopher A. Seeger
Seeger Weiss LLP
One William Street, 10th Floor
New York, NY 10004
Telephone: (212) 584-0700
Fax: (212) 584-0799

*Attorneys for Plaintiff*

   and

Donald I. Strauber
Chadbourne & Parke LLP (NY)
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 408-5205
Fax: (212) 408-5369

*Attorneys for Defendants Purdue
Pharma L.P., The Purdue Frederick
Company Inc., Purdue Pharma Inc.,
The P.F. Laboratories, Inc.,
Michael Friedman, Howard R.
Udell and Paul D. Goldenheim*


                              Michael C. Hartmere


Dated: New York, New York
       February 19, 2008