**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NEW MEXICO UNITED FOOD AND COMMERCIAL WORKERS UNION'S AND EMPLOYERS' HEALTH AND WELFARE TRUST FUND, on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>PURDUE PHARMA L.P., et al.,<br><br>    Defendants. | ** <br>** <br>** <br>** <br>** <br>**   **Civil Action No. 07-cv-6916-JGK**<br>** <br>** <br>** <br>** <br>**   **DECLARATION OF**<br>**   **DONALD I STRAUBER IN**<br>**   **FURTHER SUPPORT OF THE**<br>**   **INDIVIDUAL DEFENDANTS'**<br>**   **MOTION FOR JUDGMENT**<br>**   **ON THE PLEADINGS**<br>** |

DONALD I STRAUBER, hereby declares as follows:

1.      I am a member of the law firm of Chadbourne & Parke LLP, counsel to defendants Howard R. Udell, Paul D. Goldenheim, and Michael Friedman (the "Individual Defendants") in the above-referenced litigation.  I make this declaration in further support of the Individual Defendants' Motion for Judgment on the Pleadings.

2.      Attached hereto as Exhibit A is a true and correct copy of an advertisement for OxyContin® Tablets that appeared in the November 13, 2002 issue of The Journal of the American Medical Association.

3.      Attached hereto as Exhibit B is a true and correct copy of an Opinion and Order, entered July 23, 2007 by the Honorable James P. Jones, in *United States of America v. The Purdue Frederick Company, Inc., et al.,* Western District of Virginia Case No. 1:07CR00029.

4.    Attached hereto as Exhibit C is a true and correct copy of the transcript of

U.S. Attorney for the Western District of Virginia John L. Brownlee's testimony before the

Senate Judiciary Committee on July 31, 2007.

5.    Attached hereto as Exhibit D is a true and correct copy of a statement

submitted by U.S. Attorney for the Western District of Virginia John L. Brownlee to the Senate

Judiciary Committee on July 31, 2007.

I declare that the foregoing is true and correct.

Executed on:   February 19, 2008

/s Donald I Strauber
Donald I Strauber

2