UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW MEXICO UNITED FOOD AND COMMERCIAL WORKERS UNION'S AND EMPLOYERS' HEALTH AND WELFARE TRUST FUND, on behalf of itself and all others similarly situated,<br><br>                      Plaintiff,<br><br>                v.<br><br>PURDUE PHARMA L.P.,<br>PURDUE PHARMA, INC.,<br>THE PURDUE FREDERICK COMPANY, INC. d/b/a THE PURDUE FREDERICK COMPANY,<br>P.F. LABORATORIES, INC.,<br>ABBOTT LABORATORIES,<br>ABBOTT LABORATORIES, INC.,<br>MICHAEL FRIEDMAN,<br>HOWARD R. UDELL,<br>PAUL D. GOLDENHEIM, JOHN DOE Nos. 1 through 20, and JANE DOE Nos. 1 through 20,<br><br>                      Defendants. | Civil Action No. 07-cv-06916-JGK |

## CERTIFICATE OF SERVICE

       I, Gretchen N. Werwaiss, hereby certify that on February 19, 2008, I electronically served the following documents on William D. Marvin, Christopher Seeger and Jonathan Shub, counsel for Plaintiffs, and on Michael Colbert Hartmere, M. King Hill, III, and Mark D. Maneche, counsel for Abbott Laboratories and Abbott Laboratories, Inc., by electronic transmission to the following e-mail addresses, wmarvin@cprlaw.com; cseeger@seegerweiss.com; jshub@seegerweiss.com; MCHartmere@venable.com; mdmaneche@venable.com; and mkhill@venable.com:

- The Individual Defendants' Reply Brief in Support of their Motion for Judgment on the Pleadings

- Declaration of Donald I Strauber in Further Support of the Individual Defendants' Motion for Judgment on the Pleadings

Dated: February 21, 2008

                                                                              /s/Gretchen N. Werwaiss

                                                                              Gretchen N. Werwaiss