UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| NEW MEXICO UNITED FOOD AND COMMERCIAL WORKERS UNION'S AND EMPLOYERS' HEALTH AND WELFARE TRUST FUND, on behalf of itself and all others similarly situated, : : : : : : : Plaintiff : : v. : : : PURDUE PHARMA L.P., *et al.*, : : Defendants. : : | 07-CV-6916 (JGK) Electronically Filed |

---

### NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

**PURSUANT TO LOCAL RULE 1.3 OF THIS COURT,** please take notice of the following attorney information changes for:

Matthew T. McLaughlin (MM-6241)

Michael C. Hartmere (MH-6839)

Effective February 25, 2008, the New York office of Venable LLP has relocated. The new address is as follows:

> VENABLE LLP
> Rockefeller Center
> 1270 Avenue of the Americas
> 25th Floor
> New York, New York  10020

All other contact information will remain the same.

Dated: February 26, 2008
    New York, New York

                                      Respectfully submitted,

                                      */s/ Michael C. Hartmere*

                                      Matthew T. McLaughlin (MM-6241)
                                      Michael C. Hartmere (MH-6839)
                                      VENABLE LLP
                                      Rockefeller Center
                                      1270 Avenue of the Americas
                                      25th Floor
                                      New York, New York  10020
                                      (212) 307-5500 (voice)
                                      (212) 307-5598 (fax)

                                      -and-

                                      Paul F. Strain
                                      M. King Hill, III
                                      VENABLE LLP
                                      1800 Mercantile Bank & Trust Building
                                      2 Hopkins Plaza
                                      Baltimore, Maryland  21201
                                      (410) 244-7400 (voice)
                                      (410) 244-7742 (fax)

                                      *Attorneys for Defendants*
                                      *Abbott Laboratories and Abbott*
                                      *Laboratories, Inc.*

**CERTIFICATE OF SERVICE**

I, Michael Hartmere, hereby certify that on the 26th day of February, 2008, I caused a true and correct copy of the foregoing Notice of Change of Address to be served through the CM/ECF system, and by email, upon the following:

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: (215) 592-1500
Fax: (215) 592 4663

Christopher A. Seeger
Seeger Weiss LLP
One William Street, 10th Floor
New York, NY 10004
Telephone: (212) 584-0700
Fax: (212) 584-0799

*Attorneys for Plaintiff*

and

Donald I. Strauber
Chadbourne & Parke LLP (NY)
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 408-5205
Fax: (212) 408-5369

*Attorneys for Defendants Purdue*
*Pharma L.P., The Purdue Frederick*
*Company Inc., Purdue Pharma Inc.,*
*The P.F. Laboratories, Inc.,*
*Michael Friedman, Howard R.*
*Udell and Paul D. Goldenheim*

_____
Michael C. Hartmere

Dated: New York, New York
      February 26, 2008