UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW MEXICO UNITED FOOD AND COMMERCIAL WORKERS UNION'S AND EMPLOYERS' HEALTH AND WELFARE TRUST FUND, on behalf of itself and all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>PURDUE PHARMA L.P.,<br>PURDUE PHARMA, INC.,<br>THE PURDUE FREDERICK COMPANY, INC. d/b/a THE PURDUE FREDERICK COMPANY,<br>P.F. LABORATORIES, INC.,<br>ABBOTT LABORATORIES,<br>ABBOTT LABORATORIES, INC.,<br>MICHAEL FRIEDMAN,<br>HOWARD R. UDELL,<br>PAUL D. GOLDENHEIM, JOHN DOE Nos. 1 through 20, and JANE DOE Nos. 1 through 20,<br><br>  Defendants. | Civil Action No. 07-cv-06916-JGK |

## CERTIFICATE OF SERVICE

      I, Gretchen Werwaiss, hereby certify that on April 7, 2008, I electronically served the following documents on William D. Marvin and Jonathan Shub, counsel for Plaintiffs, by electronic transmission to the following e-mail addresses, wmarvin@cprlaw.com and jshub@seegerweiss.com:

- The Purdue Defendants' Notice of Supplemental Authority in Support of Their Motion for Judgment on the Pleadings.

Dated: April 8, 2008

                                                  /s/ Gretchen N. Werwaiss_____

                                                  Gretchen N. Werwaiss