# CHADBOURNE & PARKE LLP

30 Rockefeller Plaza, New York, NY 10112
tel (212) 408-5100 fax (212) 541-5369

Gretchen N. Werwaiss
direct tel (212) 408-1112 fax (646) 710-1112
gwerwaiss@chadbourne.com

May 27, 2008

Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1030
New York, NY 10007

*This completed signature page can be added to the file. The Court has already signed the Confidentiality Order. So ordered. 5/28/08  J. Koeltl  U.S.D.J.*

**VIA FACSIMILE: (212) 805-7912**

Re: <u>Stipulation and Consent Order of Confidentiality:</u>

*New Mexico United Food and Commercial Workers Union's and Employers' Health and Welfare Trust Fund v. Purdue Pharma*,
Civil Action No. 07-cv-6916-JGK ("*New Mexico* Case")

*American Federation of State, County and Municipal Employees, District Council 47 Health and Welfare Fund et al. v. Purdue Pharma*,
Civil Action No. 07-cv-8761-JGK ("*American Federation* Case")

Dear Judge Koeltl:

We represent defendants Purdue Pharma L.P., Purdue Pharma, Inc., The P.F. Laboratories, Inc. and The Purdue Frederick Company Inc. (the "Purdue Defendants") and Michael Friedman, Howard Udell, and Paul Goldenheim (the "Individual Defendants") in the above-referenced actions.

On May 20, 2008, on behalf of all parties, we submitted via e-mail a Stipulation and [Proposed] Consent Order of Confidentiality (the "Proposed Confidentiality Order") in connection with the above-referenced cases. At that time, we inadvertently omitted the signature page reflecting the consent of Plaintiffs' counsel to the terms of the Proposed Confidentiality Order.

The Proposed Confidentiality Order was "so ordered" by the Court on May 21, 2008 in both the *New Mexico* case (Dkt. 88) and the *American Federation* case (Dkt. 27). For purposes of completeness, and for the Court's convenience, we enclose herewith the signature

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/08

CHADBOURNE
& PARKE LLP

Honorable John G. Koeltl — -2- — May 27, 2008

page reflecting the consent of Plaintiff's counsel as well as the signature page reflecting the consent of the Abbott Defendants' counsel, which was also not included in the above-referenced docket entries.

Respectfully submitted,

Gretchen N. Werwaiss

Enclosures

cc: *Counsel for Plaintiffs and the Proposed Class*
    Jonathan Shub          VIA FACSIMILE
    Seeger Weiss, LLP

cc: *Counsel for the Abbott Defendants*
    M. King Hill, III         VIA FACSIMILE
    Venable LLP

This 16th day of May, 2008.

Respectfully Submitted,

SEEGER WEISS LLP

_____
Christopher A. Seeger (CS-4880)
David R. Buchanan
One William Street
New York, NY 10004
Telephone: (212) 584-0700
Facsimile: (212) 584-0799

Jonathan Shub
TerriAnne Benedetto
Seeger Weiss LLP
1515 Market Street - Suite 1380
Philadelphia, PA 19102
Telephone: (215) 564-2300
Facsimile: (215) 851-8029

James R. Dugan, II
Arnold Levin
Fred Longer
Charles Schaffer
Levin Fishbein Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Douglas R. Plymale
Stephen B. Murray, Jr.
Stephen B. Murray, Sr.
Justin Bloom
Murray Law Firm
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone: (504) 648-0180
Facsimile: (504) 648-0181

Arthur Sadin
Sadin Law Firm
121 Magnolia Street, Suite 102
Friendswood, TX 77546

Stewart L. Cohen
Cohen Placitella & Roth
Two Commerce Square, Suite 2900
2001 Market Street
Philadelphia, PA 19103

Shane Youtz
Youtz & Valdez
420 Central Avenue, Southwest
Albuquerque, NM 87102

Steven A. Schwartz
Chimicles & Tikellis, LLP
361 W. Lancaster Avenue
Haverford, PA 19041

William D. Marvin
Cohen, Placitella & Roth, P.C.
2100 Market Street, Suite 2900
Two Commerce Square
Philadelphia, PA 19103

*Counsel for Plaintiffs*

15

| | |
|---|---|
| _____ <br> Donald I Strauber <br> Mary Therese Yelenick <br> Phoebe A. Wilkinson <br> Chadbourne & Parke LLP <br> 30 Rockefeller Plaza <br> New York, NY 10112 <br> Telephone: (212) 687-9818 <br> Facsimile: (212) 541-5369 <br><br> Chilton D. Varner <br> Robert K. Woo, Jr. <br> Stephen B. Devereaux <br> Dan H. Willoughby, Jr. <br> King & Spalding LLP <br> 1180 Peachtree Street, NE <br> Atlanta, GA 30309 <br><br> Timothy C. Hester, Esq. <br> Mark H. Lynch, Esq. <br> Patrick S. Davies, Esq. <br> Covington & Burling LLP <br> 1201 Pennsylvania Avenue, N.W. <br> Washington, DC 20004-2401 <br><br> *Counsel for the Purdue Defendants and the Individual Defendants* | /s/ M. King Hill <br> _____ <br> M. King Hill III <br> Venable LLP <br> PNC Bank Building <br> Two Hopkins Plaza, Suite 1800 <br> Baltimore, MD 21201 <br> Telephone: (410) 244-7400 <br> Facsimile: (410) 244-7742 <br><br> *Counsel for the Abbott Defendants* |

SO ORDERED.

Dated: _____

                                     _____
                                     John G. Koeltl, U.S.D.J.