**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

NEW MEXICO UNITED FOOD AND  :
COMMERCIAL WORKERS UNION'S AND  :
EMPLOYERS' HEALTH AND WELFARE TRUST  :
FUND, on behalf of itself and all others similarly  :
situated,  :
                                                         :
                      Plaintiff            :        07-CV-6916 (JGK)
                                                         :
                  v.                           :
                                                         :        Electronically Filed
                                                         :
PURDUE PHARMA L.P., *et al.*,  :
                                                         :
                      Defendants.      :
_____:

**NOTICE OF CHANGE OF ADDRESS**

**To: Attorney Admission Clerk and All Other Parties**

     **PURSUANT TO LOCAL RULE 1.3 OF THIS COURT,** please take notice of the following attorney information changes for:

Paul F. Strain (admitted *pro hac vice*)

M. King Hill, III (admitted *pro hac vice*)

Mark D. Maneche (admitted *pro hac* vice)

     Effective June 2, 2008, the Baltimore office of Venable LLP has relocated. The new address is as follows:

     Venable LLP
     750 E. Pratt Street
     Suite 900
     Baltimore, MD 21202

     All other contact information will remain the same.

Dated: New York, New York
June 5, 2008

Respectfully submitted,

VENABLE LLP

By: _____/s/_____
    Matthew T. McLaughlin (MM-6241)
    Michael C. Hartmere (MH-6839)
    VENABLE LLP
    1270 Avenue of the Americas
    25th Floor
    New York, New York  10020
    (212) 307-5500 (voice)
    (212) 307-5598 (fax)

    -and-

    Paul F. Strain (admitted *pro hac vice*)
    Mark D. Maneche (admitted *pro hac vice*)
    M. King Hill, III (admitted *pro hac vice*)
    VENABLE LLP
    750 E. Pratt Street
    Suite 900
    Baltimore, MD 21202
    (410) 244-7400

    *Attorneys for Defendants*
    *Abbott Laboratories and Abbott*
    *Laboratories, Inc.*

## **CERTIFICATE OF SERVICE**

I, Michael Hartmere, hereby certify that on the 5th day of June, 2008, I caused a true and correct copy of the foregoing Notice of Change of Address to be served through the CM/ECF system, and by e-mail, upon the following:

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: (215) 592-1500
Fax: (215) 592 4663

Christopher A. Seeger
Seeger Weiss LLP
One William Street, 10th Floor
New York, NY 10004
Telephone: (212) 584-0700
Fax: (212) 584-0799

*Attorneys for Plaintiff*


Donald I. Strauber
Chadbourne & Parke LLP (NY)
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 408-5205
Fax: (212) 408-5369

*Attorneys for Defendants Purdue
Pharma L.P., The Purdue Frederick
Company Inc., Purdue Pharma Inc.,
The P.F. Laboratories, Inc.,
Michael Friedman, Howard R.
Udell and Paul D. Goldenheim*

                                                    /s/
                                         Michael C. Hartmere

Dated:       New York, New York
               June 5, 2008