UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW MEXICO UNITED FOOD AND COMMERCIAL WORKERS UNION'S AND EMPLOYERS' HEALTH AND WELFARE TRUST FUND, on behalf of itself and all others similarly situated,<br><br>       Plaintiff<br><br>    v.<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>       Defendants. | 07-CV-6916 (JGK)<br><br>Electronically Filed |

### ABBOTT'S JOINDER IN PURDUE DEFENDANTS' SECOND NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR MOTION FOR JUDGMENT ON THE PLEADINGS

The points raised in the Purdue Defendants' Second Notice of Supplemental Authority in Support of Their Motion for Judgment on the Pleadings similarly justify the dismissal of Plaintiff's claims against Abbott Laboratories and Abbott Laboratories, Inc. (collectively "Abbott"), and Abbott hereby joins in and incorporates by reference Purdue's arguments.

WHEREFORE, for the reasons set forth Purdue's Second Notice of Supplemental Authority in Support of Their Motion for Judgment on the Pleadings, as well as the reasons stated in the Memorandum in Support of Abbott's Motion to Dismiss, and Abbott's Reply Brief, Abbott requests that the Court dismiss with prejudice all of Plaintiff's claims asserted against Abbott.

Dated:   New York, New York
         June 17, 2008

Respectfully submitted,

*Attorneys for Defendants*
*Abbott Laboratories and Abbott Laboratories, Inc.*

By: _____
Michael C. Hartmere (MH-6839)
VENABLE LLP
Rockefeller Center
1270 Avenue of the Americas
The Twenty-Fifth Floor
New York, New York 10020
(212) 307-5500 (voice)
(212) 307-5598 (fax)

Of Counsel:

Paul F. Strain (admitted *pro hac vice*)
M. King Hill, III (admitted *pro hac vice*)
VENABLE LLP
750 E. Pratt Street
Suite 900
Baltimore, Maryland 21202
(410) 244-7400 (voice)
(410) 244-7742 (fax)

## CERTIFICATE OF SERVICE

I, Michael Hartmere, hereby certify that on the 17th day of June, 2008, I caused a true and correct copy of the foregoing Joinder in Pudue Defendants' Second Notice of Supplemental Authority in Support of Their Motion for Judgment on the Pleadings to be served through the CM/ECF system, and by e-mail, upon the following:

Christopher A. Seeger
Seeger Weiss LLP
One William Street, 10th Floor
New York, NY 10004
cseeger@seegerweiss.com

Jonathan Shub
Seeger Weiss LLP
1515 Market Street
Suite 1360
Philadelphia, PA 19106
jshub@seegerweiss.com

*Attorneys for Plaintiffs and the Class*


Donald I. Strauber
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
dstrauber@chadbourne.com

*Attorneys for Defendants Purdue
Pharma L.P., The Purdue Frederick
Company Inc., Purdue Pharma Inc., and
The P.F. Laboratories, Inc.*

_____
Michael C. Hartmere

Dated:  New York, New York
        June 17, 2008