UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
NEW MEXICO UNITED FOOD AND COMMERICAL WORKERS
UNION'S HEALTH AND WELFARE TRUST FUND,

                Plaintiffs,

    - against -

PURDUE PHARMA,

                Defendant.
----------------------------------------------------------------
AMERICAN FEDERATION OF STATE, COUNTY AND
MUNICIPAL EMPLOYEES, DISTRICT COUNCIL 47
HEALTH AND WELFARE FUND ET AL

                Plaintiffs,

    - against -

PURDUE PHARMA,

                Defendant.
---------------------------------------------------------------- X

07 Civ. 6916 (JGK)(FM)

07 Civ. 8761 (JGK)(FM)

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

JOHN G. KOELTL, District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

_X_ Specific Non-Dispositive Motion/Dispute:*

_____

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

\_\_\_ Settlement*

\_\_\_ Inquest After Default/Damages Hearing

\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

    Purpose:_____

\_\_\_ Habeas Corpus

\_\_\_ Social Security

\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion:_____

    _____

    All such motions: \_\_\_\_

SO ORDERED.
DATED:    New York, New York
                June 30, 2008

                                      /s/ John G. Koeltl
                                      John G. Koeltl
                                 United States District Judge

[Stamp: USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #:_____ DATE FILED: 7/1/08]

---

* Do not check if already referred for general pretrial.