*[Handwritten note at top:]* This case has been referred to Judge Koeltl to resolve the parties' present discovery disputes. I will hold a discovery conference on July 15, 2008, at 2 P.m. ~~If~~ This date and time are inconvenient, counsel should place a conference call to my Chambers to reschedule. Counsel should send a Joint letter to my Chambers no later than four business days before the conference detailing their disputes and respective positions. Since I am new to This case, counsel should also feel free to send me any other materials that they believe I should review before we meet.

*/s/ [illegible], USMJ*
*7/3/08*

# CHADBOURNE
# & PARKE LLP

30 Rockefeller Plaza, New York, NY 10112
tel (212) 408-5100  fax (212) 541-5369

Mary T. Yelenick
direct tel (212) 408-5493
myelenick@chadbourne.com

~~June 30, 2008~~

VIA FACSIMILE: (212) 805-7912

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1030
New York, NY 10007

*[Stamp:]* USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 7/7/08

Re: Plaintiffs' Request for Informal Discovery Conference
*New Mexico United Food and Commercial Workers Union's and Employers' Health and Welfare Trust Fund v. Purdue Pharma*,
Civil Action No. 07-cv-6916-JGK

*American Federation of State, County and Municipal Employees, District Council 47 Health and Welfare Fund et al. v. Purdue Pharma*,
Civil Action No. 07-cv-8761-JGK

Dear Judge Koeltl:

This office represents defendants Purdue Pharma L.P., Purdue Pharma, Inc., The P.F. Laboratories, Inc. and The Purdue Frederick Company Inc. ("Purdue" or the "Purdue Defendants") and Michael Friedman, Howard Udell, and Paul Goldenheim (the "Individual Defendants") in the above-entitled actions. We write in response to the letter from Plaintiffs' counsel, dated June 24, 2008, pursuant to which Plaintiffs have sought the scheduling of an informal discovery conference before Your Honor pursuant to Local Civil Rule 37.2.

*Scheduling and Attendance at Conference*

Purdue agrees that such a conference is necessary and requests that it be an *in-person* conference, as Purdue believes this will allow a more productive and efficient opportunity to discuss and resolve the issues. It is our intent that, on behalf of the Purdue and Individual Defendants, counsel from Chadbourne & Parke LLP (Donald Strauber, Mary Yelenick, and/or Gretchen Werwaiss), as well as counsel from King & Spalding LLP's Atlanta office (Dan Willoughby) will attend any scheduled discovery conference that occurs in the next 30 days. Purdue's counsel is available for such a conference at the Court's convenience between July 8 and July 25 (except for July 11 and 16); Purdue respectfully requests that the conference be scheduled on a few days' notice to allow the King & Spalding attorney time to travel to New York.

New York  Washington  Los Angeles  Houston  London (a multinational partnership)  Moscow  Warsaw (a Polish partnership)  Kyiv  Almaty  Beijing

CHADBOURNE
& PARKE LLP

The Honorable John G. Koeltl        -2-        June 30, 2008

### *The Current Discovery Dispute*

As you know, the above-listed actions are putative class actions brought by third-party payors seeking refunds related to prescriptions for OxyContin allegedly paid for on behalf of certain of those Plaintiffs' respective members. As such, discovery relevant to these cases relates to the prescriptions for OxyContin allegedly paid for by Plaintiffs on behalf of those members. In their June 24, 2008 letter, Plaintiffs state that the disputes between Plaintiffs and Defendants "generally focus on the proper scope of discovery related to Defendants' marketing and promoting of OxyContin, and whether Plaintiffs are entitled to documents that Defendants have produced in their prior governmental proceedings." If it would assist the Court, we would be happy to submit a letter-brief in advance of the conference to set forth Purdue's positions with regard to these contested issues.

### *Possible Remaining Issues: Purdue's Discovery to Plaintiffs*

Separately, while Purdue is continuing its efforts to resolve several of its own concerns regarding the scope of Plaintiffs' production to date, to the extent that those issues cannot be resolved, Purdue may seek leave from the Court, pursuant to Local Rule 37.2, to also discuss such issues at the to-be-scheduled discovery conference. Should Purdue be unable to come to an agreement with Plaintiffs on these disputed issues, we will so advise the Court by July 7, 2008 so that the discovery issues for all parties may be addressed at a single conference.

Respectfully submitted,

Mary T. Yelenick

cc: *Counsel for Plaintiffs and the Class*
    Christopher A. Seeger        VIA E-MAIL (cseeger@seegerweiss.com)
    Jonathan Shub        VIA E-MAIL (jshub@seegerweiss.com)
    William D. Marvin        VIA E-MAIL (wmarvin@cprlaw.com)

cc: *Counsel for the Abbott Defendants.*
    M. King Hill, III        VIA E-MAIL (mkhill@venable.com)