## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW MEXICO UNITED FOOD AND COMMERCIAL WORKERS UNION'S AND EMPLOYERS' HEALTH AND WELFARE TRUST FUND, on behalf of itself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PURDUE PHARMA L.P., PURDUE PHARMA, INC., THE PURDUE FREDERICK COMPANY, INC. d/b/a THE PURDUE FREDERICK COMPANY, P.F. LABORATORIES, INC., ABBOTT LABORATORIES, ABBOTT LABORATORIES, INC., MICHAEL FRIEDMAN, HOWARD R. UDELL, PAUL D. GOLDENHEIM, JOHN DOE Nos. 1 through 20, and JANE DOE Nos. 1 through 20,<br><br>　　　　　Defendants. | **Civil Action No. 07-cv-6916-JGK** |
| AMERICAN FED'N OF STATE, COUNTY & MUNICIPAL EMPLOYEES, DISTRICT COUNCIL 47 HEALTH AND WELFARE FUND, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>PURDUE PHARMA L.P., and THE PURDUE FREDERICK COMPANY, INC.<br><br>　　　　　Defendants. | **Civil Action No. 07-8761-JGK** |

**MEMORANDUM IN SUPPORT OF JOINT MOTION FOR MODIFICATION OF
CASE MANAGEMENT SCHEDULE AND
<u>FOR ENTRY OF [PROPOSED] CASE MANAGEMENT ORDER NO. 3</u>**

**MEMORANDUM IN SUPPORT OF JOINT MOTION FOR MODIFICATION OF
CASE MANAGEMENT SCHEDULE AND
<u>FOR ENTRY OF [PROPOSED] CASE MANAGEMENT ORDER NO. 3</u>**

Since the status conference held before this Court on November 29, 2007, and the Court's setting of the case management schedule for this case, as per the Rule 26(f) Joint Report by the Parties and Proposed Case Management Order (Document No. 59), filed on December 14, 2007, certain events have occurred which now lead the parties[1] to seek a modification of the current case management schedule. Based upon those events described below, the parties request that the Court enter the attached Proposed Case Management Order No. 3.

The Purdue Defendants, the Abbott Defendants and the Individual Defendants have filed Motions with the Court pursuant to Rule 12 of the Federal Rules of Civil Procedure. The initial briefing on those motions was concluded on February 19, 2008, as per the case management schedule. Thereafter, additional briefing relating to supplemental authority was filed, which briefing was concluded on July 3, 2008.

The parties have served multiple sets of document requests upon one another and some responsive documents have been exchanged. Respecting certain document requests

---

[1] The parties shall be defined as follows: "*Plaintiffs*" shall refer collectively to plaintiffs New Mexico United Food and Commercial Workers Union's and Employers' Health and Welfare Trust Fund, American Federation of State, County and Municipal Employees, District Council 47 Health and Welfare Fund, Philadelphia Firefighters Local 22 Fund, and National Council of Firemen and Oilers Local 1201 Health and Welfare Fund; the "*Purdue Defendants*" shall refer to defendants Purdue Pharma L.P., Purdue Pharma, Inc., The P.F. Laboratories, Inc. and The Purdue Frederick Company Inc.; the "*Individual Defendants*" shall refer to defendants Michael Friedman, Howard Udell, and Paul Goldenheim; and the "*Abbott Defendants*" shall refer to defendants Abbott Laboratories and Abbott Laboratories, Inc.

2

to which objections have been lodged, the parties have met and conferred in an effort to resolve those objections.

Having reached an impasse as to certain issues respecting Defendants' document productions, counsel for Plaintiffs wrote to the Court on June 24, 2008 to request an Informal Discovery Conference, as is required per Local Civil Rule 37.2 before a motion to compel may be filed. On June 30, 2008, counsel for the Defendants also wrote the Court to request that certain issues respecting Plaintiffs' document productions also be heard by the Court at the conference.

On July 1, 2008, this Court issued an Order referring the case to Magistrate Judge Frank Maas for the purpose of resolving the discovery disputes. On July 3, 2008, Magistrate Judge Maas set a conference date and requested that the parties submit a joint letter describing the disputes. The parties began to work on the joint letter, but, prior to completing same were advised, on July 15, 2008, as per the Memorandum dated July 14, 2008 from Magistrate Judge Maas to Ms. Guranich of Case Assignment, that Magistrate Judge Maas had a conflict, would be unable to hear the matter, and that he was requesting that the matter be referred to another Magistrate Judge. In the past few days, the matter was referred to Magistrate Judge Michael H. Dolinger; and a discovery conference has been scheduled for August 12, 2008.

Currently, under the existing case management schedule, Plaintiffs' motion for class certification and the Rule 26 disclosures and reports of their experts relating to class certification are due on September 2, 2008. Plaintiffs submit that certain discovery needed by Plaintiffs related to their class certification motion papers is currently in

dispute. Plaintiffs therefore respectfully request that the case management schedule be modified in order to allow additional time for the discovery dispute to be resolved.

Defendants do not oppose Plaintiffs' suggested modification to the discovery schedule. However, Defendants have requested and Plaintiffs have agreed that the modification to the discovery schedule also would include a provision delaying the start of deposition discovery. Thus, the parties have agreed to add Section 6(b) to the proposed revised case management schedule, which section provides that depositions may not be noticed to commence until -- at the earliest -- October 6, 2008.[2]

The parties have structured the new proposed case management schedule such that the trial date, set forth in Section 10, was delayed only sixty (60) days, from October 9, 2009 to December 8, 2009, such that the trial remains scheduled in 2009. The parties respectfully request that the Court enter the Proposed Case Management Order No. 3, attached.

---

[2] The parties have further agreed that this provision does not alter their respective abilities to propose (or to move or to oppose) a further stay of deposition discovery nor the parties' respective abilities to challenge the relevancy or propriety of particular depositions that are noticed pursuant to this provision.

No previous requests for adjournment or extension of the case management schedule have been made.

*Submitted*:    July 31, 2008

By:            SEEGER WEISS LLP

                By /s/Christopher A. Seeger
                  Christopher A. Seeger, Esq. (CS-4880)
                  David Buchanan, Esq.
                  One William Street
                  New York, NY 10004
                  Tel: (212) 584-0700
                  Fax: (212) 584-0799
                  *Plaintiffs' Lead and Liaison Counsel*

SEEGER WEISS LLP

    Jonathan Shub, Esq. (pro hac vice)
    TerriAnne Benedetto, Esq. (pro hace vice)
    1515 Market Street, Suite 1380
    Philadelphia, PA 19102
    Tel: (215) 564-2300
    Fax: (212) 851-8029
    *Attorneys for Plaintiffs*

MURRAY LAW FIRM

    James R. Dugan, II, Esq. (pro hac vice)
    Douglas R. Plymale, Esq. (pro hac vice)
    Stephen B. Murray, Jr., Esq.
    Stephen B. Murray, Sr., Esq.
    650 Poydras Street, Suite 2150
    New Orleans, LA 70130
    Tel: (504) 648-0180
    *Plaintiffs' Lead Counsel*

COHEN PLACITELLA & ROTH

  Stewart L. Cohen, Esq.
  Christopher M. Placitella, Esq.
  Two Commerce Square, Suite 2900
  Philadelphia, PA  19103
  Tel:  (215) 567-3500
  *Plaintiffs' Lead Counsel*

LEVIN, FISHBEIN, SEDRAN & BERMAN

  Arnold Levin, Esq. (pro hac vice)
  Fred Longer, Esq.
  510 Walnut Street, Suite 500
  Philadelphia, PA  19106
  Tel:  (215) 592-1500
  *Attorneys for Plaintiffs*

SADIN LAW FIRM, P.C.

  Arthur Sadin, Esq. (pro hac vice)
  121 Magnolia Street, Suite 102
  Friendswood, TX  77546
  Tel:  (281) 648-7711
  *Attorneys for Plaintiffs*

YOUTZ & VALDEZ, P.C.

  Shane Youtz, Esq. (pro hac vice)
  420 Central Avenue, Southwest
  Albuquerque, NM  87102
  *Attorneys for Plaintiffs*

CHIMICLES & TIKELLIS, LLP

  Steven A. Schwartz, Esq.
  361 W. Lancaster Avenue
  Haverford, PA  19041
  *Attorneys for Plaintiffs*

CHADBOURNE & PARKE LLP

By /s/ Donald I Strauber
  Donald I Strauber, Esq.
  Mary T. Yelenick, Esq.
  Phoebe A. Wilkinson, Esq.
  Gretchen N. Werwaiss, Esq.
  30 Rockefeller Plaza
  New York, NY  10112
  Tel:  (212) 408-5100
  Fax:  (212) 541-5369
  *Attorneys for the Purdue Defendants and for Messrs. Friedman, Udell and Goldenheim*

COVINGTON & BURLING LLP

  Timothy C. Hester, Esq.
  Mark H. Lynch, Esq.
  Patrick S. Davies, Esq.
  1201 Pennsylvania Avenue, N.W.
  Washington, DC  20004-2401
  Tel:  (202) 662-6000
  Fax:  (202) 662-6291
  *Attorneys for the Purdue Defendants and Messrs. Friedman, Udell, and Goldenheim*

KING & SPALDING

  Chilton Davis Varner, Esq.
  Robert K. Woo, Jr. Esq.
  Stephen Devereaux, Esq.
  Dan Willoughby, Esq.
  1180 Peachtree Street
  Atlanta, GA  30309
  Tel.  (404) 572-4600
  Fax:  (404) 572-5100
  *Attorneys for the Purdue Defendants and for Messrs. Friedman, Udell and Goldenheim*

        VENABLE LLP

    Paul F. Strain, Esq. (pro hac vice)
    M. King Hill, Esq. (pro hac vice)
    Mark D. Maneche, Esq. (pro hac vice)
    750 East Pratt Street, Suite 900
    Baltimore, MD  21202
    Tel:  (410) 244-7400
    Fax:  (410) 244-7472

    By /s/ Matthew T. McLaughlin
    Matthew T. McLaughlin, Esq. (MM-6241)
    Rockefeller Center
    1270 Avenue of the Americas
    25th Floor
    New York, NY   10020
    Tel:  (212) 307-5500
    Fax:  (212) 307-5598
    *Attorneys for the Abbott Defendants*