## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW MEXICO UNITED FOOD AND COMMERCIAL WORKERS UNION'S AND EMPLOYERS' HEALTH AND WELFARE TRUST FUND, on behalf of itself and all others similarly situated,<br><br>   Plaintiff,<br><br>  v.<br><br>PURDUE PHARMA L.P., PURDUE PHARMA, INC., THE PURDUE FREDERICK COMPANY, INC. d/b/a THE PURDUE FREDERICK COMPANY, P.F. LABORATORIES, INC., ABBOTT LABORATORIES, ABBOTT LABORATORIES, INC., MICHAEL FRIEDMAN, HOWARD R. UDELL, PAUL D. GOLDENHEIM, JOHN DOE Nos. 1 through 20, and JANE DOE Nos. 1 through 20,<br><br>   Defendants. | **Civil Action No. 07-cv-6916-JGK** |
| AMERICAN FED'N OF STATE, COUNTY & MUNICIPAL EMPLOYEES, DISTRICT COUNCIL 47 HEALTH AND WELFARE FUND, et al.,<br><br>   Plaintiffs,<br><br>  v.<br><br>PURDUE PHARMA L.P., and THE PURDUE FREDERICK COMPANY, INC.<br><br>   Defendants. | **Civil Action No. 07-8761-JGK** |

## NOTICE OF JOINT MOTION FOR MODIFICATION OF CASE MANAGEMENT SCHEDULE AND <u>FOR ENTRY OF [PROPOSED] CASE MANAGEMENT ORDER NO. 3</u>

NY2 - 484289.04

**NOTICE OF JOINT MOTION FOR MODIFICATION OF
CASE MANAGEMENT SCHEDULE AND
FOR ENTRY OF [PROPOSED] CASE MANAGEMENT ORDER NO. 3**

Pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure, and the status conference held on November 29, 2007, the Court set the case management schedule for this case, as per the Rule 26(f) Joint Report by the Parties and Proposed Case Management Order (Document No. 59), filed on December 14, 2007. Since that time, the parties have conferred, and jointly seek modification to the case management schedule, as per the attached Proposed Case Management Order No. 3, for the reasons set forth in the accompanying Memorandum.

*Submitted*:    July 31, 2008

By:
        SEEGER WEISS LLP

        By /s/Christopher A. Seeger
          Christopher A. Seeger, Esq. (CS-4880)
          David Buchanan, Esq.
          One William Street
          New York, NY 10004
          Tel: (212) 584-0700
          Fax: (212) 584-0799
          *Plaintiffs' Lead and Liaison Counsel*

        SEEGER WEISS LLP

        Jonathan Shub, Esq. (pro hac vice)
        TerriAnne Benedetto, Esq. (pro hac vice)
        1515 Market Street, Suite 1380
        Philadelphia, PA 19102
        Tel: (215) 564-2300
        Fax: (212) 851-8029
        *Attorneys for Plaintiffs*

MURRAY LAW FIRM

James R. Dugan, II, Esq. (pro hac vice)
Douglas R. Plymale, Esq. (pro hac vice)
Stephen B. Murray, Jr., Esq.
Stephen B. Murray, Sr., Esq.
650 Poydras Street, Suite 2150
New Orleans, LA  70130
Tel:  (504) 648-0180
*Plaintiffs' Lead Counsel*

COHEN PLACITELLA & ROTH

Stewart L. Cohen, Esq.
Christopher M. Placitella, Esq.
Two Commerce Square, Suite 2900
Philadelphia, PA  19103
Tel: (215) 567-3500
*Plaintiffs' Lead Counsel*

LEVIN, FISHBEIN, SEDRAN & BERMAN

Arnold Levin, Esq. (pro hac vice)
Fred Longer, Esq.
510 Walnut Street, Suite 500
Philadelphia, PA  19106
Tel:  (215) 592-1500
*Attorneys for Plaintiffs*

SADIN LAW FIRM, P.C.

Arthur Sadin, Esq. (pro hac vice)
121 Magnolia Street, Suite 102
Friendswood, TX  77546
Tel:  (281) 648-7711
*Attorneys for Plaintiffs*

3

        YOUTZ & VALDEZ, P.C.

    Shane Youtz, Esq. (pro hac vice)
    420 Central Avenue, Southwest
    Albuquerque, NM  87102
    *Attorneys for Plaintiffs*

        CHIMICLES & TIKELLIS, LLP

    Steven A. Schwartz, Esq.
    361 W. Lancaster Avenue
    Haverford, PA  19041
    *Attorneys for Plaintiffs*

        CHADBOURNE & PARKE LLP

    By /s/ Donald I Strauber
      Donald I Strauber, Esq.
      Mary T. Yelenick, Esq.
      Phoebe A. Wilkinson, Esq.
      Gretchen N. Werwaiss, Esq.
      30 Rockefeller Plaza
      New York, NY  10112
      Tel:  (212) 408-5100
      Fax:  (212) 541-5369
      *Attorneys for the Purdue Defendants and
      for Messrs. Friedman, Udell and
      Goldenheim*

        COVINGTON & BURLING LLP

    Timothy C. Hester, Esq.
    Mark H. Lynch, Esq.
    Patrick S. Davies, Esq.
    1201 Pennsylvania Avenue, N.W.
    Washington, DC  20004-2401
    Tel:  (202) 662-6000
    Fax:  (202) 662-6291
    *Attorneys for the Purdue Defendants and
    Messrs. Friedman, Udell, and Goldenheim*

NY2 - 484289.04

        KING & SPALDING

        Chilton Davis Varner, Esq.
        Robert K. Woo, Jr. Esq.
        Stephen Devereaux, Esq.
        Dan Willoughby, Esq.
        1180 Peachtree Street
        Atlanta, GA  30309
        Tel.  (404) 572-4600
        Fax:  (404) 572-5100
        *Attorneys for the Purdue Defendants and for Messrs. Friedman, Udell and Goldenheim*

        VENABLE LLP

        Paul F. Strain, Esq. (pro hac vice)
        M. King Hill, Esq. (pro hac vice)
        Mark D. Maneche, Esq. (pro hac vice)
        750 East Pratt Street, Suite 900
        Baltimore, MD  21202
        Tel:  (410) 244-7400
        Fax:  (410) 244-7472

        By /s/ Matthew T. McLaughlin
        Matthew T. McLaughlin, Esq. (MM-6241)
        Rockefeller Center
        1270 Avenue of the Americas
        25th Floor
        New York, NY  10020
        Tel:  (212) 307-5500
        Fax:  (212) 307-5598
        *Attorneys for the Abbott Defendants*