# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| NEW MEXICO UNITED FOOD AND COMMERCIAL WORKERS UNION'S AND EMPLOYERS' HEALTH AND WELFARE TRUST FUND, on behalf of itself and all others similarly situated, | :: :: :: :: :: | |
| Plaintiff, | :: | |
| | :: | **Civil Action No. 07-cv-6916-JGK** |
| v. | :: :: | |
| PURDUE PHARMA L.P., PURDUE PHARMA, INC., THE PURDUE FREDERICK COMPANY, INC. d/b/a THE PURDUE FREDERICK COMPANY, P.F. LABORATORIES, INC., ABBOTT LABORATORIES, ABBOTT LABORATORIES, INC., MICHAEL FRIEDMAN, HOWARD R. UDELL, PAUL D. GOLDENHEIM, JOHN DOE Nos. 1 through 20, and JANE DOE Nos. 1 through 20, | :: :: :: :: :: :: :: :: :: :: :: | |
| Defendants. | :: :: :: | |

| | | |
|---|---|---|
| AMERICAN FED'N OF STATE, COUNTY & MUNICIPAL EMPLOYEES, DISTRICT COUNCIL 47 HEALTH AND WELFARE FUND, et al., | :: :: :: :: | |
| Plaintiffs, | :: :: | |
| v. | :: :: | **Civil Action No. 07-8761-JGK** |
| PURDUE PHARMA L.P., and THE PURDUE FREDERICK COMPANY, INC. | :: :: :: | |
| Defendants. | :: :: | |

## MEMORANDUM IN SUPPORT OF JOINT MOTION FOR MODIFICATION OF CASE MANAGEMENT SCHEDULE AND FOR ENTRY OF [PROPOSED] CASE MANAGEMENT ORDER NO. 3

## MEMORANDUM IN SUPPORT OF JOINT MOTION FOR MODIFICATION OF CASE MANAGEMENT SCHEDULE AND FOR ENTRY OF [PROPOSED] CASE MANAGEMENT ORDER NO. 3

Since the status conference held before this Court on November 29, 2007, and the

Court's setting of the case management schedule for this case, as per the Rule 26(f) Joint

Report by the Parties and Proposed Case Management Order (Document No. 59), filed on

December 14, 2007, certain events have occurred which now lead the parties[1] to seek a

modification of the current case management schedule. Based upon those events

described below, the parties request that the Court enter the attached Proposed Case

Management Order No. 3.

The Purdue Defendants, the Abbott Defendants and the Individual Defendants

have filed Motions with the Court pursuant to Rule 12 of the Federal Rules of Civil

Procedure. The initial briefing on those motions was concluded on February 19, 2008, as

per the case management schedule. Thereafter, additional briefing relating to

supplemental authority was filed, which briefing was concluded on July 3, 2008.

The parties have served multiple sets of document requests upon one another and

some responsive documents have been exchanged. Respecting certain document requests

---

[1] The parties shall be defined as follows: "*Plaintiffs*" shall refer collectively to plaintiffs New Mexico United Food and Commercial Workers Union's and Employers' Health and Welfare Trust Fund, American Federation of State, County and Municipal Employees, District Council 47 Health and Welfare Fund, Philadelphia Firefighters Local 22 Fund, and National Council of Firemen and Oilers Local 1201 Health and Welfare Fund; the "*Purdue Defendants*" shall refer to defendants Purdue Pharma L.P., Purdue Pharma, Inc., The P.F. Laboratories, Inc. and The Purdue Frederick Company Inc.; the "*Individual Defendants*" shall refer to defendants Michael Friedman, Howard Udell, and Paul Goldenheim; and the "*Abbott Defendants*" shall refer to defendants Abbott Laboratories and Abbott Laboratories, Inc.

to which objections have been lodged, the parties have met and conferred in an effort to resolve those objections.

Having reached an impasse as to certain issues respecting Defendants' document productions, counsel for Plaintiffs wrote to the Court on June 24, 2008 to request an Informal Discovery Conference, as is required per Local Civil Rule 37.2 before a motion to compel may be filed.  On June 30, 2008, counsel for the Defendants also wrote the Court to request that certain issues respecting Plaintiffs' document productions also be heard by the Court at the conference.

On July 1, 2008, this Court issued an Order referring the case to Magistrate Judge Frank Maas for the purpose of resolving the discovery disputes.  On July 3, 2008, Magistrate Judge Maas set a conference date and requested that the parties submit a joint letter describing the disputes.  The parties began to work on the joint letter, but, prior to completing same were advised, on July 15, 2008, as per the Memorandum dated July 14, 2008 from Magistrate Judge Maas to Ms. Guranich of Case Assignment, that Magistrate Judge Maas had a conflict, would be unable to hear the matter, and that he was requesting that the matter be referred to another Magistrate Judge.  In the past few days, the matter was referred to Magistrate Judge Michael H. Dolinger; and a discovery conference has been scheduled  for August 12, 2008.

Currently, under the existing case management schedule, Plaintiffs' motion for class certification and the Rule 26 disclosures and reports of their experts relating to class certification are due on September 2, 2008.  Plaintiffs submit that certain discovery needed by Plaintiffs related to their class certification motion papers is currently in

dispute.  Plaintiffs therefore respectfully request that the case management schedule be
modified in order to allow additional time for the discovery dispute to be resolved.

Defendants do not oppose Plaintiffs' suggested modification to the discovery
schedule.  However, Defendants have requested and Plaintiffs have agreed that the
modification to the discovery schedule also would include a provision delaying the start
of deposition discovery.  Thus, the parties have agreed to add Section 6(b) to the
proposed revised case management schedule, which section provides that depositions
may not be noticed to commence until -- at the earliest -- October 6, 2008.[2]

The parties have structured the new proposed case management schedule such
that the trial date, set forth in Section 10, was delayed only sixty (60) days, from October
9, 2009 to December 8, 2009, such that the trial remains scheduled in 2009.  The parties
respectfully request that the Court enter the Proposed Case Management Order No. 3,
attached.

---

[2]  The parties have further agreed that this provision does not alter their respective
abilities to propose (or to move or to oppose) a further stay of deposition discovery
nor the parties' respective abilities to challenge the relevancy or propriety of particular
depositions that are noticed pursuant to this provision.

No previous requests for adjournment or extension of the case management

schedule have been made.

*Submitted*:    July 31, 2008

By:
                                                SEEGER WEISS LLP


                                                By /s/Christopher A. Seeger
                                                   Christopher A. Seeger, Esq. (CS-4880)
                                                   David Buchanan, Esq.
                                                   One William Street
                                                   New York, NY 10004
                                                   Tel:  (212) 584-0700
                                                   Fax:  (212) 584-0799
                                                   *Plaintiffs' Lead and Liaison Counsel*


                                                SEEGER WEISS LLP


                                                   Jonathan Shub, Esq. (pro hac vice)
                                                   TerriAnne Benedetto, Esq. (pro hace vice)
                                                   1515 Market Street, Suite 1380
                                                   Philadelphia, PA  19102
                                                   Tel:  (215) 564-2300
                                                   Fax:  (212) 851-8029
                                                   *Attorneys for Plaintiffs*

                                                MURRAY LAW FIRM

                                                   James R. Dugan, II, Esq. (pro hac vice)
                                                   Douglas R. Plymale, Esq. (pro hac vice)
                                                   Stephen B. Murray, Jr., Esq.
                                                   Stephen B. Murray, Sr., Esq.
                                                   650 Poydras Street, Suite 2150
                                                   New Orleans, LA  70130
                                                   Tel:  (504) 648-0180
                                                   *Plaintiffs' Lead Counsel*

COHEN PLACITELLA & ROTH

Stewart L. Cohen, Esq.
Christopher M. Placitella, Esq.
Two Commerce Square, Suite 2900
Philadelphia, PA  19103
Tel:  (215) 567-3500
*Plaintiffs' Lead Counsel*


LEVIN, FISHBEIN, SEDRAN & BERMAN

Arnold Levin, Esq. (pro hac vice)
Fred Longer, Esq.
510 Walnut Street, Suite 500
Philadelphia, PA  19106
Tel:  (215) 592-1500
*Attorneys for Plaintiffs*


SADIN LAW FIRM, P.C.

Arthur Sadin, Esq. (pro hac vice)
121 Magnolia Street, Suite 102
Friendswood, TX  77546
Tel:  (281) 648-7711
*Attorneys for Plaintiffs*


YOUTZ & VALDEZ, P.C.

Shane Youtz, Esq. (pro hac vice)
420 Central Avenue, Southwest
Albuquerque, NM  87102
*Attorneys for Plaintiffs*


CHIMICLES & TIKELLIS, LLP

Steven A. Schwartz, Esq.
361 W. Lancaster Avenue
Haverford, PA  19041
*Attorneys for Plaintiffs*

6

CHADBOURNE & PARKE LLP


By /s/ Donald I Strauber
  Donald I Strauber, Esq.
  Mary T. Yelenick, Esq.
  Phoebe A. Wilkinson, Esq.
  Gretchen N. Werwaiss, Esq.
  30 Rockefeller Plaza
  New York, NY  10112
  Tel:  (212) 408-5100
  Fax:  (212) 541-5369
  *Attorneys for the Purdue Defendants and*
  *for Messrs. Friedman, Udell and*
  *Goldenheim*


COVINGTON & BURLING LLP


  Timothy C. Hester, Esq.
  Mark H. Lynch, Esq.
  Patrick S. Davies, Esq.
  1201 Pennsylvania Avenue, N.W.
  Washington, DC  20004-2401
  Tel:  (202) 662-6000
  Fax:  (202) 662-6291
  *Attorneys for the Purdue Defendants and*
  *Messrs. Friedman, Udell, and Goldenheim*


KING & SPALDING


  Chilton Davis Varner, Esq.
  Robert K. Woo, Jr. Esq.
  Stephen Devereaux, Esq.
  Dan Willoughby, Esq.
  1180 Peachtree Street
  Atlanta, GA  30309
  Tel.  (404) 572-4600
  Fax:  (404) 572-5100
  *Attorneys for the Purdue Defendants and*
  *for Messrs. Friedman, Udell and*
  *Goldenheim*

VENABLE LLP


   Paul F. Strain, Esq. (pro hac vice)
   M. King Hill, Esq. (pro hac vice)
   Mark D. Maneche, Esq. (pro hac vice)
   750 East Pratt Street, Suite 900
   Baltimore, MD  21202
   Tel:  (410) 244-7400
   Fax:  (410) 244-7472


   By /s/ Matthew T. McLaughlin
   Matthew T. McLaughlin, Esq. (MM-6241)
   Rockefeller Center
   1270 Avenue of the Americas
   25th Floor
   New York, NY   10020
   Tel:  (212) 307-5500
   Fax:  (212) 307-5598
   *Attorneys for the Abbott Defendants*