## CERTIFICATE OF SERVICE

I, TerriAnne Benedetto, hereby certify that on July 31, 2008, I caused a true and correct copy of the foregoing document, Notice of Joint Motion for Modification of Case Management Schedule and For Entry of [Proposed] Case Management Order No. 3, Memorandum in Support thereof and [Proposed] Case Management Order No. 3 to be served via ECF and email, as per agreement of counsel, on the following defense counsel of record:

Donald I Strauber, Esq.
Phoebe Anne Wilkinson, Esq.
Mary Therese Yelenick, Esq.
Gretchen N. Werwaiss, Esq.
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY 10112
T. (212) 408-5100
F. (646) 710-1189
*Counsel for defendants P.F. Laboratories, Inc., Purdue Pharma, Inc., Purdue Pharma, L.P., The Purdue Fredrick Company, Inc., Howard R. Udell, Michael Friedman, Paul D. Goldenheim*

Chilton Davis Varner, Esq.
Robert K. Woo, Jr., Esq.
Stephen Devereaux, Esq.
Dan Willoughby, Esq.
KING & SPALDING
1180 Peachtree Street
Atlanta, GA 30309
T. (404) 572-4600
F: (404) 572-5100
*Counsel for defendants P.F. Laboratories, Inc., Purdue Pharma, Inc., Purdue Pharma, L.P., The Purdue Fredrick Company, Inc., Howard R. Udell, Michael Friedman, Paul D. Goldenheim*

Timothy C. Hester, Esq.
Mark H. Lynch, Esq.
Patrick S. Davies, Esq.
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC  20004-2401
T: (202) 662-6000
F:  (202) 662-6291
*Of Counsel for defendants P.F. Laboratories, Inc., Purdue Pharma, Inc., Purdue Pharma, L.P., The Purdue Fredrick Company, Inc., Howard R. Udell, Michael Friedman, Paul D. Goldenheim*

Michael Colbert Hartmere, Esq.
Matthew Terrence McLaughlin, Esq.
VENABLE LLP
Rockefeller Center
1270 Avenue of the Americas
25th Floor
New York, NY  10020
T. (212)-307-5500
F. (212)-307-5598 (fax)
*Counsel for defendants Abbott Laboratories, Abbott Laboratories, Inc.*

Paul F. Strain, Esq.
M. King Hill, Esq.
Mark D. Maneche, Esq.
VENABLE LLP
750 East Pratt Street, Suite 900
Baltimore, MD  21202
T:  (410) 244-7400
F: (410) 244-7472
*Counsel for defendants Abbott Laboratories, Abbott Laboratories, Inc.*

TerriAnne Benedetto