```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
NEW MEXICO UNITED FOOD AND           :
COMMERCIAL WORKERS UNION'S AND
EMPLOYERS' HEALTH AND WELFARE        :
TRUST FUND,
                                     :
            Plaintiff,                         ORDER
                                     :
     -against-
                                     :    07 Civ. 6916 (JGK)(MHD)
                                          07 Civ. 8761 (JGK)(MHD)
PURDUE PHARMA, L.P., et al.          :

                                     :
            Defendants.              :
------------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 8/5/08]*

ORDERED that a conference has been scheduled in the above-captioned action on **TUESDAY, AUGUST 12, 2008, at 3:00 PM**, at which you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

Dated: New York, New York
       August 4, 2008

                                        SO ORDERED.


                                        _____
                                        MICHAEL H. DOLINGER
                                        UNITED STATES MAGISTRATE JUDGE




Copies of the foregoing Order have been sent today to:


Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berma
510 Walnut Street, Suite 500
Philadelphia, PA 19106


Christopher Adam Seeger, Esq.
Seeger Weiss LLP
One William Street, 10th Floor
New York, NY 10004


Fred S. Longer, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106

Jonathan Shub, Esq.
Seeger Weiss LLP (PA)
1515 Market Street
Philadelphia, PA 19102


Terrianne Benedetto, Esq.
Seeger Weiss LLP
1515 Market St. Suite 1380
Philadelphia, PA 19102


Art Sadin, Esq.
121 Magnolia
Suite 102
Friendswood, TX 77546


Douglas Robert Plymale, Esq.
Murray Law Firm
650 Poydras Street, Suite 2150
New Orleans, LA 70130


James R. Dugan, II, Esq.
Murray Law Firm
650 Poydras Street
Suite 2150
New Orleans, LA 70130


Shane Youtz, Esq.
Youtz & Valdez, P.C.
900 Gold Avenue SW
Albequerque, NM 87102


Alexandra Katherine Nellos, Esq.
Chadbourne & Parke LLP (NY)
30 Rockefeller Plaza
New York, NY 10112


Gretchen Nielsen Werwaiss, Esq.
Chadbourne & Parke LLP (NY)
30 Rockefeller Plaza
New York, NY 10112

Mary Therese Yelenick, Esq.
Chadbourne & Parke LLP (NY)
30 Rockefeller Plaza
New York, NY 10112


Donald I. Strauber, Esq.
Chadbourne & Parke LLP (NY)
30 Rockefeller Plaza
New York, NY 10112


Phoebe Anne Wilkinson, Esq.
Chadbourne & Parke LLP (NY)
30 Rockefeller Plaza
New York, NY 10112


Matthew Terrence McLaughlin, Esq.
Venable LLP (NYC)
Rockefeller Center
1270 Ave of the Americas
25th Floor
New York, NY 10020


M. King Hill, III, Esq.
Venable LLP (Baltimore)
Two Hopkins Plaza
750 E. Pratt Street
Suite 900
Baltimore, MD 21202


Mark D. Maneche, Esq.
Venable LLP (Baltimore)
Two Hopkins Plaza
750 E. Pratt Street
Suite 900
Baltimore, MD 21202


Michael Colbert Hartmere, Esq.
Venable LLP (Baltimore)
Two Hopkins Plaza
750 E. Pratt Street
Suite 900
Baltimore, MD 21202

Paul F. Strain, Esq.
Venable LLP (Baltimore)
Two Hopkins Plaza
750 E. Pratt Street
Suite 900
Baltimore, MD 21202