UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NEW MEXICO UNITED FOOD AND
COMMERCIAL WORKERS UNION'S AND
EMPLOYERS' HEALTH AND WELFARE TRUST
FUND, on behalf of itself and all others similarly
situated,

                Plaintiff

        v.

PURDUE PHARMA L.P., *et al.*,

                Defendants.

07-CV-6916 (JGK)

ECF Case

**MOTION TO ADMIT COUNSEL
PRO HAC VICE**

---

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Michael C. Hartmere, a member in good standing of the bar of this Court, hereby move the Court for an Order allowing the admission pro hac vice of:

        Nell B. Strachan
        Venable LLP
        210 Allegheny Avenue
        Towson, MD 21204
        Telephone: (410) 494-6200
        Fax: (410) 821-0147
        Email: nbstrachan@venable.com

Nell B. Strachan is a member in good standing of the Bar of the State of Maryland. There are no pending disciplinary proceedings against Nell B. Strachan in any State or Federal Court.

Dated: August 11, 2008
New York, New York

Respectfully submitted,

By: *(signature)*
Michael C. Hartmere (MH-6839)
VENABLE LLP
1270 Avenue of the Americas
25th Floor
New York, New York 10020
Telephone: (212) 307-5500
Fax: (212) 307-5598
mchartmere@venable.com

*Attorneys for Defendants Abbott*
*Laboratories and Abbott Laboratories, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW MEXICO UNITED FOOD AND COMMERCIAL WORKERS UNION'S AND EMPLOYERS' HEALTH AND WELFARE TRUST FUND, on behalf of itself and all others similarly situated,<br><br>                    Plaintiff<br><br>            v.<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>                    Defendants. | 07-CV-6916 (JGK)<br><br>ECF Case<br><br>**DECLARATION OF MICHAEL C. HARTMERE IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

State of New York    )
                     )  ss:
County of New York   )

MICHAEL C. HARTMERE hereby deposes and says as follows:

1.      I am an associate in the firm Venable LLP, counsel for Defendants Abbott Laboratories and Abbott Laboratories, Inc. ("Abbott") in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Abbott's motion to admit Nell B. Strachan as counsel pro hac vice to represent Abbott in this matter.

2.      I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 2002. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.      I have known Nell B. Strachan since 2008.

4.      Nell B. Strachan is a partner in Venable LLP, in Towson, Maryland. Her office is located at 210 Allegheny Avenue, Towson, Maryland 21204.

5. A certificate of good standing for Nell B. Strachan in the State of Maryland is attached hereto as **Exhibit A**.

6. I have found Nell B. Strachan to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure as well as the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York.

7. Accordingly, I am pleased to move for the admission of Nell B. Strachan, pro hac vice.

8. I respectfully submit a proposed order granting the admission of Nell B. Strachan, pro hac vice, which is attached hereto as **Exhibit B**.

WHEREFORE it is respectfully requested that the motion to admit Nell B. Strachan, pro hac vice, to represent Defendants Abbott Laboratories and Abbott Laboratories, Inc. in the above-captioned matter, be granted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 11 day of August, 2008.

---
Michael C. Hartmere (MH-6839)
VENABLE LLP
1270 Avenue of the Americas
25th Floor
New York, New York 10020
Telephone: (212) 307-5500
Fax: (212) 307-5598
mchartmere@venable.com

*Attorneys for Defendants Abbott Laboratories and Abbott Laboratories, Inc.*

2

# EXHIBIT A

# Court of Appeals of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Bessie M. Decker, Clerk of the Court of Appeals of Maryland, do hereby certify that on the eighteenth day of December, 1974,

### Nell Margaret Berelson Strachan

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

*In Testimony Whereof,* I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this seventh day of August, 2008.

*Bessie M. Decker*
Clerk of the Court of Appeals of Maryland

# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW MEXICO UNITED FOOD AND COMMERCIAL WORKERS UNION'S AND EMPLOYERS' HEALTH AND WELFARE TRUST FUND, on behalf of itself and all others similarly situated,<br><br>                Plaintiff<br><br>    v.<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>                Defendants. | 07-CV-6916 (JGK)<br><br>ECF Case<br><br><br><br>**ORDER FOR ADMISSION**<br>**PRO HAC VICE**<br>**ON WRITTEN MOTION** |

Upon the motion of Michael C. Hartmere, attorney for Defendants Abbott Laboratories and Abbott Laboratories, Inc. and said sponsor attorney's declaration in support;

**IT IS HEREBY ORDERED** that:

>Nell B. Strachan
>Venable LLP
>210 Allegheny Avenue
>Towson, MD 21204
>Telephone: (410) 494-6200
>Fax: (410) 821-0147
>E-mail: nbstrachan@venable.com

is admitted to practice pro hac vice as counsel for Defendants Abbott Laboratories and Abbott Laboratories, Inc. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

2

Dated: August ___, 2008
      New York, New York

                                                                                _____
                                                                                       U.S.D.J./U.S.M.J.

Case 1:07-cv-06916-JGK-MHD   Document 105   Filed 08/11/2008   Page 9 of 10

## CERTIFICATE OF SERVICE

      I, Michael C. Hartmere, hereby certify that on August 11, 2008, I caused a true and correct copy of the foregoing **Motion to Admit Counsel Pro Hac Vice**, to be served via email on counsel of record at the following addresses:

Christopher Adam Seeger, Esq.
Seeger Weiss LLP
One William Street, 10th Floor
New York, NY 10004
212-584-0700
Fax: 212-584-0799
Email: cseeger@seegerweiss.com

Jonathan Shub, Esq.
Seeger Weiss LLP (PA)
1515 Market Street
Philadelphia, PA 19102
(215) 553-7980
Fax: (215) 851-8029
Email: jshub@seegerweiss.com

*Attorneys for Plaintiff New Mexico United Food and Commercial Workers Union's and Employers' Health and Welfare Trust Fund, on behalf of itself and all others similarly situated*

Donald I. Strauber, Esq.
Chadbourne & Parke LLP (NY)
30 Rockefeller Plaza
New York, NY 10112
(212) 408-5205
Fax: (212) 408-5369
Email: dstrauber@chadbourne.com

*Attorneys for Defendants Purdue Pharma L.P., The Purdue Frederick Company Inc., Purdue Pharma Inc., The P.F. Laboratories, Inc., Michael Friedman, Howard R. Udell and Paul D. Goldenheim*

                                                _____
                                                Michael C. Hartmere