```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/22/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW MEXICO UNITED FOOD AND COMMERCIAL WORKERS UNION'S AND EMPLOYERS' HEALTH AND WELFARE TRUST FUND, on behalf of itself and all others similarly situated,<br>Plaintiff,<br>v.<br>PURDUE PHARMA L.P., *et al.*,<br>Defendants. | Civil Action No. 07-cv-6916-JGK-MHD |
| AMERICAN FED'N OF STATE, COUNTY & MUNICIPAL EMPLOYEES, DISTRICT COUNCIL 47 HEALTH AND WELFARE FUND, et al.,<br>Plaintiffs,<br>v.<br>PURDUE PHARMA L.P., and THE PURDUE FREDERICK COMPANY, INC.<br>Defendants. | Civil Action No. 07-cv-8761-JGK-MHD<br><br>**ORDER FOR ADMISSION**<br>**PRO HAC VICE**<br>**ON WRITTEN MOTION** |

Upon the motion of Gretchen N. Werwaiss, attorney for Defendants Purdue Pharma L.P., Purdue Pharma Inc., The Purdue Frederick Company Inc. d/b/a The Purdue Frederick Company, The P.F. Laboratories, Inc., Michael Friedman, Howard R. Udell, and Paul D. Goldenheim, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Chilton Davis Varner |
| Firm Name: | King & Spalding |
| Address: | 1180 Peachtree Street, N.W. |
| City/State/Zip: | Atlanta, GA 30309 |
| Phone Number: | 404-572-4789 |
| Fax Number: | 404-572-5137 |
| E-mail: | cvarner@kslaw.com |




is admitted to practice pro hac vice as counsel for Defendants Purdue Pharma L.P., Purdue Pharma Inc., The Purdue Frederick Company Inc. d/b/a The Purdue Frederick Company, The P.F. Laboratories, Inc., Michael Friedman, Howard R. Udell, and Paul D. Goldenheim in the above-captioned actions in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:

City, State:

8/21/08

New York, N.Y.

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY   FEE PAID $         SDNY RECEIPT#