UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW MEXICO UNITED FOOD AND COMMERCIAL WORKERS UNION'S AND EMPLOYERS' HEALTH AND WELFARE TRUST FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PURDUE PHARMA L.P., PURDUE PHARMA, INC., THE PURDUE FREDERICK COMPANY, INC. d/b/a THE PURDUE FREDERICK COMPANY, P.F. LABORATORIES, INC., ABBOTT LABORATORIES, ABBOTT LABORATORIES, INC., MICHAEL FRIEDMAN, HOWARD R. UDELL, PAUL D. GOLDENHEIM, JOHN DOE Nos. 1 through 20, and JANE DOE Nos. 1 through 20,<br><br>Defendants. | **Civil Action No. 07-cv-6916-JGK** |
| AMERICAN FED'N OF STATE, COUNTY & MUNICIPAL EMPLOYEES, DISTRICT COUNCIL 47 HEALTH AND WELFARE FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PURDUE PHARMA L.P., and THE PURDUE FREDERICK COMPANY, INC.<br><br>Defendants. | **Civil Action No. 07-8761-JGK** |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs file this Notice of Supplemental Authority to inform the Court of the decision of the United States Court of Appeals for the Second Circuit in *City of New York v. Smokes-Spirits.com, Inc.* This opinion has direct bearing on Plaintiffs' claims under civil Racketeer Influenced and Corrupt Organizations Act ("RICO"). A copy of this decision is attached here to as Exhibit A.

Dated: September 5, 2008

By:   SEEGER WEISS LLP

By /s/Christopher A. Seeger
   Christopher A. Seeger, Esq. (CS-4880)
   David Buchanan, Esq.
   One William Street
   New York, NY 10004
   Tel: (212) 584-0700
   Fax: (212) 584-0799
   *Plaintiffs' Lead and Liaison Counsel*

SEEGER WEISS LLP

Jonathan Shub, Esq. (pro hac vice)
TerriAnne Benedetto, Esq. (pro hace vice)
1515 Market Street, Suite 1380
Philadelphia, PA 19102
Tel: (215) 564-2300
Fax: (212) 851-8029
*Attorneys for Plaintiffs*

MURRAY LAW FIRM

   James R. Dugan, II, Esq. (pro hac vice)
   Douglas R. Plymale, Esq. (pro hac vice)
   Stephen B. Murray, Jr., Esq.
   Stephen B. Murray, Sr., Esq.
   650 Poydras Street, Suite 2150
   New Orleans, LA 70130
   Tel: (504) 648-0180
   *Plaintiffs' Lead Counsel*

COHEN PLACITELLA & ROTH

   Stewart L. Cohen, Esq.
   Christopher M. Placitella, Esq.
   Two Commerce Square, Suite 2900
   Philadelphia, PA 19103
   Tel: (215) 567-3500
   *Plaintiffs' Lead Counsel*

LEVIN, FISHBEIN, SEDRAN & BERMAN

   Arnold Levin, Esq. (pro hac vice)
   Fred Longer, Esq.
   510 Walnut Street, Suite 500
   Philadelphia, PA 19106
   Tel: (215) 592-1500
   *Attorneys for Plaintiffs*

SADIN LAW FIRM, P.C.

   Arthur Sadin, Esq. (pro hac vice)
   121 Magnolia Street, Suite 102
   Friendswood, TX 77546
   Tel: (281) 648-7711
   *Attorneys for Plaintiffs*

       YOUTZ & VALDEZ, P.C.

       Shane Youtz, Esq. (pro hac vice)
       420 Central Avenue, Southwest
       Albuquerque, NM  87102
       *Attorneys for Plaintiffs*

       CHIMICLES & TIKELLIS, LLP

       Steven A. Schwartz, Esq.
       361 W. Lancaster Avenue
       Haverford, PA  19041
       *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, TerriAnne Benedetto, hereby certify that on September 5, 2008, I caused a true and correct copy of the foregoing document, Plaintiffs' Notice of Supplemental Authority to be served via ECF and email, on the following defense counsel of record:

Donald I Strauber, Esq.
Phoebe Anne Wilkinson, Esq.
Mary Therese Yelenick, Esq.
Gretchen N. Werwaiss, Esq.
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY 10112
T. (212) 408-5100
F. (646) 710-1189
*Counsel for defendants P.F. Laboratories, Inc., Purdue Pharma, Inc., Purdue Pharma, L.P., The Purdue Fredrick Company, Inc., Howard R. Udell, Michael Friedman, Paul D. Goldenheim*

Chilton Davis Varner, Esq.
Robert K. Woo, Jr., Esq.
Stephen Devereaux, Esq.
Dan Willoughby, Esq.
KING & SPALDING
1180 Peachtree Street
Atlanta, GA  30309
T. (404) 572-4600
F: (404) 572-5100
*Counsel for defendants P.F. Laboratories, Inc., Purdue Pharma, Inc., Purdue Pharma, L.P., The Purdue Fredrick Company, Inc., Howard R. Udell, Michael Friedman, Paul D. Goldenheim*

Timothy C. Hester, Esq.
Mark H. Lynch, Esq.
Patrick S. Davies, Esq.
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC   20004-2401
T: (202) 662-6000
F: (202) 662-6291
*Of Counsel for defendants P.F. Laboratories, Inc., Purdue Pharma, Inc., Purdue Pharma, L.P., The Purdue Fredrick Company, Inc., Howard R. Udell, Michael Friedman, Paul D. Goldenheim*

Michael Colbert Hartmere, Esq.
Matthew Terrence McLaughlin, Esq.
VENABLE LLP
Rockefeller Center
1270 Avenue of the Americas
25th Floor
New York, NY   10020
T. (212)-307-5500
F. (212)-307-5598 (fax)
*Counsel for defendants Abbott Laboratories, Abbott Laboratories, Inc.*

Paul F. Strain, Esq.
M. King Hill, Esq.
Mark D. Maneche, Esq.
VENABLE LLP
750 East Pratt Street, Suite 900
Baltimore, MD   21202
T:  (410) 244-7400
F: (410) 244-7472
*Counsel for defendants Abbott Laboratories, Abbott Laboratories, Inc.*

_____
TerriAnne Benedetto

2