USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

# SEEGER WEISS LLP
## ATTORNEYS AT LAW
ONE WILLIAM STREET
NEW YORK, NEW YORK 10004-2502
(212) 584-0700
FAX (212) 584-0799
www.seegerweiss.com

CHRISTOPHER A. SEEGER
STEPHEN A. WEISS
DAVID R. BUCHANAN
DIOGENES P. KEKATOS
MOSHE HORN
JONATHAN SHUB
JEFFREY S. GRAND
LAURENCE V. NASSIF

MICHAEL L. ROSENBERG
MARC S. ALBERT
DONALD R. BRADFORD
JAMES A. O'BRIEN III

△ COUNSEL
Attorneys admitted in
states as denoted.

RICK BARRECA
TERRIANNE BENEDETTO
KEVIN G. BOISVERT
PATRICIA D. CODEY
SINDHU S. DANIEL
DENNIS M. GEIER
SCOTT A. GEORGE
ANDREA M. PI-SUNYER
DENISE K. STEWART
CHRISTOPHER M. VAN DE KIEFT
DANIEL R. WASP
RICHARD C. WILLIAMS, JR.

September 4, 2008

**VIA FACSIMILE: (212) 805-7912**

The Honorable John G. Koeltl
United States Courthouse
500 Pearl Street, Room 1030
New York, NY 10007

*Application denied.*
*So ordered.*
*9/4/08*     *[signature] U.S.D.J.*

Re:   Request for Adjournment on Motions for Judgment on Pleadings and Motion to Dismiss

*NEW MEXICO UNITED FOOD AND COMMERCIAL WORKERS UNION'S AND EMPLOYERS' HEALTH AND WELFARE TRUST FUND v. PURDUE PHARMA L.P.*,
Docket No.: (07-cv-6916)

AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, DISTRICT 47 HEALTH AND WELFARE FUND ET AL V. PURDUE PHARMA L.P., DOCKET No.: (07-cv-8761)

Dear Judge Koeltl:

Plaintiffs respectfully request that the Court adjourn for fourteen days the hearing scheduled for September 5, 2008 at 4:00 pm in above-referenced matters. Defendants consent to the request for an adjournment. Please contact me at (212) 584-0700 if you need further information.

Respectfully,

Jonathan Shub

JS/bft
cc: All counsel of record (via email)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-5-08