USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────

NEW MEXICO UNITED FOOD AND
COMMERICAL WORKERS UNION'S AND
EMPLOYERS' HEALTH AND WELFARE TRUST          07 Civ. 6916 (JGK)
FUND,

                    Plaintiff,

          - against -

PURDUE PHARMA L.P., ET AL.,

                    Defendants.
───────────────────────────────────

AMERICAN FEDERATION OF STATE, COUNTY
AND MUNICIPAL EMPLOYEES, DISTRICT
COUNCIL 47 HEALTH AND WELFARE FUND,          07 Civ. 8761 (JGK)
ET AL.

                                             ORDER
                    Plaintiffs,

          - against -

PURDUE PHARMA L.P., ET AL.,

                    Defendants.
───────────────────────────────────

JOHN G. KOELTL, District Judge:

     For the reasons stated on the record at the conference held

on September 5, 2008, the plaintiffs are granted leave to amend

the Complaints.  The plaintiffs should serve and file any

Amended Complaints by October 6, 2008.  The defendants should

move or answer by October 24, 2008.  The plaintiffs should

respond to any motions by November 14, 2008.  The defendants

should reply by December 5, 2008.

The defendants' pending motions for judgment on the pleadings are **denied as moot without prejudice to renewal**. The Clerk is directed to close Docket Nos. 32, 62, 65, and 68 in Case No. 07 Civ. 6916 and Docket No. 10 in Case No. 07 Civ. 8761.

SO ORDERED.

Dated:    New York, New York
          September 5, 2008

_____
John G. Koeltl
United States District Judge